

*500 Bausch & Lomb Place*
*Rochester, NY 14604*

P 855-227-5072  F 585-454-0302
bkinbox@woodsdefaultservices.com

March 17, 2020

Honorable Elizabeth S. Stong
Conrad B Duberstein US Courthouse
271-C Cadman Plaza East
Suite 1595
Brooklyn, NY 11201-1800

    **Re:**    **Michael Krichevsky**
    **Case No.**    **1-19-43516-ess**
    **Property Address:**    **4221 Atlantic Avenue, Brooklyn, NY 11224**

Dear Honorable Elizabeth S. Stong:

    Please be advised that a Motion for Relief from Stay (the "Motion") was filed on behalf of Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-F , in the above-captioned bankruptcy case on March 17, 2020. The hearing on the Motion is scheduled for May 1, 2020 at 9:30AM. Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-F specifically waives the requirements of Bankruptcy Code 362(e).

    If you have any questions, please do not hesitate to contact our office.

    Very truly yours,
    WOODS OVIATT GILMAN LLP

    */s/ Brittany J. Maxon, Esq.*

    Brittany J. Maxon, Esq.

Cc:    Michael Krichevsky
    Marianne DeRosa
    Office of the U.S. Trustee - Eastern Brooklyn
    Michelle C. Marans
    Josh Russell
    Alan Smikun
    Court

100400-4