United States Bankruptcy Court
Eastern District of New York

In the Matter of: )
Michael Krichevsky )
          Debtor. )    CHAPTER 11 CASE No. 19-43516-ess
_____ )

| LIST OF DOCUMENTS TO INCLUDE IN APPEAL | |
|---|---|
| **Name** | **Docket #** |
| Court docket: 1-19-43516-ess | |
| Chapter 11 petition with forms | 24 |
| Order Converting Case to Chapter 11 and Order deeming Schedules and Statements timely | 26 |
| Wells Fargo Bank, NA and U.S. Bank, NA proof of claim | |
| Notice Re Common-Law Partnership | 39 |
| Opening Statement for 341(a) Meeting of Creditors | 41 |
| Motion for Relief from Stay | 47 |
| Order Directing Debtor to Pay Chapter 11 Filing Fee in Installments | 49 |
| Letter of Adjournment: Hearing rescheduled from 05/01/2020 | 51 |
| Letter *telephonic appearance on 5/22/2020* Filed by Aleksandra Krasimirova Fugate | 54 |
| Letter Requesting an Adjournment of Hearing Scheduled for May 22, 2020 | 56 |
| Cross Motion to Strike and Dismiss with Prejudice Chapter 11 Proof of Claim | 57 |
| Order ADJOURNING the Continued Case Management Conference, Motion for Stay Relief and Motion to Strike. | 58 |
| Objection *and Proposed Amended Order* | 60 |
| Response *in opposition to Debtor's Cross-Motion* | 61 |
| So Ordered on Objection *and Proposed Amended Order* (Docket #60) | 62 |
| Refilled Petition Re: Forms Modernization | 63 |
| Amended Schedule(s), Statement(s) | 64 |
| <u>AFFIDAVIT PURSUANT TO E.D.N.Y. LBR I009-I(a)</u> | 64 |
| For Individual Chapter 11 Cases: List of Creditors Who Have 20 Largest Unsecured | 65 |

| Claims | |
|---|---|
| Letter *re: telephonic appearance on 6/12/2020* | 66 |
| Affidavit Pursuant to E.D.N.Y. LBR 1009-1(a) Filed by Michael Krichevsky | 69 |
| Order Pursuant to 11 U.S.C. § 362(D) Terminating the Automatic Stay Imposed by 11 U.S.C. §362(a). | 70 |
| RESPONSE TO OBJECTION TO CLAIM AND AFFIRMATION filed on June 5, 2020 by Fugate | |
| Amended Proof of Claim filed on May 21, 2020 by Fugate | |

Dated: Brooklyn, New York
      July 20, 2020

                      /s/ Michael Krichevsky
                      Michael Krichevsky, DIP
                      4221 Atlantic Ave
                      Brooklyn, New York  11224
                      (718) 687-2300