**REED SMITH LLP**
Natsayi Mawere, Esq.
599 Lexington Avenue
New York, New York 10022
Tel:  (212) 521-5400
Fax:  (212) 521-5450
Email: nmawere@reedsmith.com

*Counsel for Secured Creditor,*
*Wells Fargo Bank, N.A., as Servicing Agent for U.S. Bank*
*National Association, as Trustee for Banc of America Funding*
*Corporation Mortgage Pass-Through Certificates, Series 2006-F*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| IN RE: | Chapter 11 |
| MICHAEL KRICHEVSKY, | Case No.: 1-19-43516 (ESS) |
| Debtor. | |

----------------------------------------------------------------X

**APPELLEE WELLS FARGO BANK, N.A. AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-F'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL PURSUANT TO FED. R. BANK. P. 8009**

Appellee Wells Fargo Bank, N.A. as Servicing Agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-F, through its undersigned counsel, file this Appellee-Designation of Additional Items to be Included in the Record on Appeal pursuant to Fed. R. Bankr. P. 8009 for Plaintiff Michael Krichevsky's appeal from the Order of the Honorable Elizabeth S. Strong, United States Bankruptcy Judge, dated and entered on June 16, 2020, pursuant to 11 U.S.C. § 362(D), Terminating the Automatic Stay Imposed by 11 U.S.C. § 362(a).

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| Bankruptcy Claim's Register | Date | Title[1] |
|---|---|---|
| 3-1 | 8/15/2019 | Claim #3 filed by Wells Fargo Bank, N.A., as servicing agent for U.S. Bank. |
| 3-2 | 5/21/2020 | Amended Claim #3 filed by Wells Fargo Bank, N.A., as servicing agent for U.S. Bank. |

Appellee reserves the right to modify and/or supplement the foregoing designations to the fullest extent permitted by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Eastern District of New York's Local Bankruptcy Rules.

Dated: August 5, 2020
      New York, New York

Respectfully Submitted,

**REED SMITH LLP**

By: /s/ Natsayi Mawere
Natsayi Mawere
599 Lexington Avenue
New York, New York 10022
Tel: 212-521-5400
Fax: 212-521-5450
nmawere@reedsmith.com

*Counsel for Secured Creditor, Wells Fargo Bank, N.A., as Servicing Agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-F*

---

[1] All designated items include their annexed exhibits, appendices, enclosures, and/or attachments.

### CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2020, the foregoing **Appellee's Designation of Additional Items to be Included in the Record on Appeal Pursuant to Fed. R. Bank. P. 8009** was filed with the Clerk of the Court through this Court's CM/ECF electronic filing system and served in accordance with the Federal Rules of Civil Procedure, and/or the rules of the Eastern District of New York.

/s/ Natsayi Mawere
Natsayi Mawere