

*500 Bausch & Lomb Place*
*Rochester, NY 14604*

P 855-227-5072  F 585-454-0302
bkinbox@woodsdefaultservices.com

August 6, 2020

Honorable Elizabeth S. Stong
Conrad B Duberstein US Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

**Re:**           Michael Krichevsky
**BK Case Number:** 1-19-43516-ess
**Property:**     4221 Atlantic Avenue, Brooklyn, NY 11224

Dear Honorable Judge Stong:

The Secured Creditor, Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-F hereby requests an adjournment of the Motion to Strike scheduled to be heard on August 13, 2020 at 11:00AM. The Motion is moot pursuant to the Order entered by the Court on June 16, 2020 (ECF 70). However, the Debtor has appealed that decision to the District Court, and Secured Creditor would like to adjourn the Motion to allow time for a decision on the appeal to be rendered.

If you have any further questions, please feel free to contact me.

Very truly yours,

WOODS OVIATT GILMAN LLP

*/s/ Aleksandra K. Fugate, Esq.*

Aleksandra K. Fugate, Esq.

AKF/kph

Cc:    Michael Krichevsky

100400-10