**FeeDueINST, APPEAL, CounDue, CONVERTED, DsclsDue, PlnDue**

# U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
## Bankruptcy Petition #: 1−19−43516−ess

*Assigned to:* Elizabeth S. Stong
Chapter 11
Previous chapter 13
Original chapter 13
Voluntary
Asset

*Date filed:* 06/06/2019
*Date converted:* 10/04/2019
*341 meeting:* 01/27/2020
*Deadline for filing claims:* 08/15/2019
*Deadline for filing claims (govt.):* 04/01/2020

*Debtor*
**Michael Krichevsky**
4221 Atlantic Ave
Brooklyn, NY 11224
KINGS−NY
SSN / ITIN: xxx−xx−7181

represented by **Michael Krichevsky**
PRO SE

*Trustee*
**Marianne DeRosa**
Office of the Chapter 13 Trustee
100 Jericho Quadrangle
Ste 127
Jericho, NY 11753
(516) 622−1340
*TERMINATED: 10/04/2019*
Email: Derosa@ch13mdr.com

represented by **Marianne DeRosa**
Office of the Chapter 13 Trustee
100 Jericho Quadrangle
Ste 127
Jericho, NY 11753
(516) 622−1340
Fax : (516) 622−1347
Email: Derosa@ch13mdr.com

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
(212) 510−0500

*Clerk of*
**Court**
271 Cadman Plaza East
Brooklyn, NY 11201

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 06/06/2019 | | 1 | Chapter 13 Voluntary Petition for Individuals. Fee Amount $5.00 Filed by Michael Krichevsky Government Proof of Claim due by 12/3/2019. (smott) (Entered: 06/06/2019) |
| 06/06/2019 | | | Related Case: 12−01229−ess Dismissed: 12/07/16; 13−01475−ess Closed: 10/08/2014 (smott) (Entered: 06/06/2019) |
| 06/06/2019 | | | |

| | | | |
|---|---|---|---|
| | | | Judge Assigned Due to Related Case, Judge Reassigned. (smott) (Entered: 06/06/2019) |
| 06/06/2019 | | | 341(a) meeting to be held on 07/03/2019 at 10:30 AM at Room 2579, 271−C Cadman Plaza East, Brooklyn, NY. Proofs of Claims due by 8/15/2019. (smott) (Entered: 06/06/2019) |
| 06/06/2019 | | 2 | Notice of Deficiency Concerning Requirement of Photo Identification for the Debtor. Debtor(s) Acceptable Photo Identification due by 6/20/2019. (smott) (Entered: 06/06/2019) |
| 06/06/2019 | | 3 | Copy of Required Photo Identification pursuant to Administrative Order No. 653 for Filer Straker, Kenneth S (smott) (Entered: 06/06/2019) |
| 06/06/2019 | | 4 | Application to Pay Filing Fee in Installments . Filed by Michael Krichevsky. (smott) (Entered: 06/06/2019) |
| 06/06/2019 | | | Receipt of Chapter 13 Installment Filing Fee − $5.00. Receipt Number 260431. (MO) (admin) (Entered: 06/06/2019) |
| 06/06/2019 | | 6 | Deficient Filing Chapter 13: Certificate of Credit Counseling due by 6/6/2019. Last day to file Section 521(i)(1) documents is 7/22/2019. Summary of Your Assets and Liabilities and Certain Statistical Information Official Form 106Sum due by 6/20/2019. Schedule A/B due 6/20/2019. Schedule C due 6/20/2019. Schedule D due 6/20/2019. Schedule E/F due 6/20/2019. Schedule G due 6/20/2019. Schedule H due 6/20/2019. Schedule I due 6/20/2019. Schedule J due 6/20/2019. Declaration About Ind Deb Schs Form 106Dec due 6/20/2019. Statement of Financial Affairs for Individuals Filing for Bankruptcy Form 107 due 6/20/2019. Chapter 13 Plan due by 6/20/2019. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 Due 6/20/2019. Copies of pay statements received from any employer due by 6/20/2019. Incomplete Filings due by 6/20/2019. (smott) (Entered: 06/07/2019) |
| 06/07/2019 | | 5 | Order Granting Application To Pay Filing Fees In Installments. Balance Due: $ 305.00 (Related Doc # 4). Signed on 6/7/2019. (smott) (Entered: 06/07/2019) |
| 06/07/2019 | | 7 | Request for Notice − Chapter 13 Meeting of Creditors and Hearing on Confirmation. Confirmation hearing to be held on 8/5/2019 at 09:00 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. Last day to Object to Confirmation 8/5/2019.Objections to 523 due by 9/3/2019. (smott) (Entered: 06/07/2019) |
| 06/08/2019 | | 8 | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 06/08/2019. (Admin.) (Entered: 06/09/2019) |
| 06/09/2019 | | 9 | BNC Certificate of Mailing with Notice of Electronic Filing Notice Date 06/09/2019. (Admin.) (Entered: 06/10/2019) |
| 06/09/2019 | | 10 | BNC Certificate of Mailing − Meeting of Creditors Notice Date 06/09/2019. (Admin.) (Entered: 06/10/2019) |
| 06/09/2019 | | 11 | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 06/09/2019. (Admin.) (Entered: 06/10/2019) |
| 06/09/2019 | | 12 | |

| | | | |
|---|---|---|---|
| | | | BNC Certificate of Mailing with Copy of Order Notice Date 06/09/2019. (Admin.) (Entered: 06/10/2019) |
| 06/10/2019 | | 13 | Notice of Appearance and Request for Notice Filed by Alan Smikun on behalf of Select Portfolio Servicing, Inc., as Servicer Agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage (Smikun, Alan) (Entered: 06/10/2019) |
| 06/19/2019 | | 14 | Motion to Extend Deadline to File Schedules or Provide Required Information, Motion to Convert Case From Chapter 13 to 11 and Motion To Pay Court Fee's in installments. Fee Amount $ 932. Filed by Michael Krichevsky. Hearing scheduled for 7/23/2019 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (tmg) (Entered: 06/19/2019) |
| 07/09/2019 | | | Statement Adjourning 341(a) Meeting of Creditors to 9/4/2019 at 01:00 PM at Room 2579, 271−C Cadman Plaza East, Brooklyn, NY. (DeRosa, Marianne) (Entered: 07/09/2019) |
| 07/23/2019 | | 15 | Affidavit/Certificate of Service Filed by Michael Krichevsky (RE: related document(s)14 Motion to Extend Deadline to File Schedules filed by Debtor Michael Krichevsky, Motion to Convert Case From Chapter 13 to 11) (tmg) (Entered: 07/23/2019) |
| 07/23/2019 | | | Hearing Held and Adjourned; (related document(s): 14 Motion to Extend Deadline to File Schedules filed by Michael Krichevsky) − Appearance by Debtor − Serve UST and Chapter 13 Trustee by 7/27 − Debtor directed to file all couments by 8/29/2019 − Court to issue scheduling order − Hearing scheduled for 09/10/2019 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 07/23/2019) |
| 08/05/2019 | | | Adjourned Without Hearing (related document(s): 7 Request for Notice − Meeting of Creditors and Hearing on Confirmation Chapter 13) Confirmation hearing to be held on 10/21/2019 at 09:00 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 08/06/2019) |
| 08/09/2019 | | 16 | Notice of Proposed Dismissal for debtors failure to pay the balance due on filing fees in the Amount of: $305.00. (mnc) (Entered: 08/09/2019) |
| 08/11/2019 | | 17 | BNC Certificate of Mailing with Notice/Order Notice Date 08/11/2019. (Admin.) (Entered: 08/12/2019) |
| 08/15/2019 | | 18 | Notice of Appearance and Request for Notice Filed by Aleksandra Krasimirova Fugate on behalf of Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F (Attachments: # 1 Certificate of Service) (Fugate, Aleksandra) (Entered: 08/15/2019) |
| 08/16/2019 | | 19 | Order scheduling continued hearing on Motion to Extend deadline to file schedules and statements. It is hereby ORDERED, that the Debtor is directed to serve the Motion to Extend Deadline on the following parties: Marianne DeRosa, Chapter 13 Trustee, Office of the United States Trustee and Alan Smikun, Esq. and file proof of service by August 22, 2019. The Debtor is directed to file the Schedules and Statements by August 29, 2019. ORDERED, that the Court will hold a continued hearing on the Motion to Extend Deadline on September 10, 2019, at 9:30 a.m., (RE: related document(s)14 Motion to Extend Deadline to File Schedules filed by Debtor Michael Krichevsky, Motion to Convert Case From Chapter 13 |

| Date | | Doc # | Description |
|---|---|---|---|
| | | | to 11). Signed on 8/16/2019 (rjl). (Entered: 08/19/2019) |
| 08/21/2019 | | 20 | BNC Certificate of Mailing with Application/Notice/Order Notice Date 08/21/2019. (Admin.) (Entered: 08/22/2019) |
| 08/22/2019 | | 21 | Certificate of Service Filed by Michael Krichevsky (related document(s)14 Motion to Extend Deadline to File Schedules filed by Debtor Michael Krichevsky, Motion to Convert Case From Chapter 13 to 11) (vab) (Entered: 08/22/2019) |
| 08/22/2019 | | | Receipt of Chapter 13 Installment Filing Fee − $250.00. Receipt Number 325868. (VB) (admin) (Entered: 08/22/2019) |
| 09/05/2019 | | | Statement Adjourning 341(a) Meeting of Creditors to 12/4/2019 at 01:00 PM at Room 2579, 271−C Cadman Plaza East, Brooklyn, NY. (DeRosa, Marianne) (Entered: 09/05/2019) |
| 09/10/2019 | | 23 | Motion for Waiver from Credit Counseling Due to Disability Filed by Michael Krichevsky. (gaa) (Entered: 09/10/2019) |
| 09/10/2019 | | 24 | Schedule(s) − Schedule A/B, Schedule C, Schedule D, Schedule E/F, Schedule G, Schedule H, Schedule I, Schedule J, : Declaration of Schedules and Statement of Financial Affairs Filed by Michael Krichevsky (Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1007−1(b) not filed) (gaa) (Entered: 09/10/2019) |
| 09/10/2019 | | 25 | Employee Income Records / Copies of Pay Statements Filed by Michael Krichevsky (RE: related document(s)6 Deficient Filing Chapter 13) (gaa) (Entered: 09/10/2019) |
| 09/10/2019 | | | Hearing Held; (related document(s): 14 Motion to Extend Deadline to File Schedules , Motion to Convert Case From Chapter 13 to 11 and Motion To Pay Court Fee's in installments filed by Michael Krichevsky) − Appearance by Debtor − No opposition − Granted − Debtor's filings deemed timely − Debtor's motion to convert to Chapter 11 granted − Court to issue order (sjackson) (Entered: 09/11/2019) |
| 10/04/2019 | | 26 | Order Converting Case to Chapter 11 and Order deeming Schedules and Statements timely . Trustee Marianne DeRosa removed from the case. . Signed on 10/4/2019. Government Proof of Claim due by 4/1/2020 [related doc. 14. (rjl) (Entered: 10/08/2019) |
| 10/04/2019 | | | Plan or Disclosure Statement Deadline Updated Chapter 11 Plan due by 2/3/2020. Disclosure Statement due by 2/3/2020 26. (rjl) (Entered: 10/08/2019) |
| 10/08/2019 | | 27 | Meeting of Creditors 341(a) meeting to be held on 11/15/2019 at 02:00 PM at Room 2579, 271−C Cadman Plaza East, Brooklyn, NY. Last day to determine dischargeability of a debt under Section 523 is 1/14/2020. Deadline to object to discharge is the first date set for hearing on confirmation of plan. (rjl) (Entered: 10/08/2019) |
| 10/09/2019 | | 28 | Court's Service List (RE: related document(s)26 Order Converting Case to 11/12/13) (rjl) (Entered: 10/09/2019) |
| 10/10/2019 | | 29 | Notice of Appearance and Request for Notice Filed by Josh Russell on behalf of New York State Department of Taxation and Finance (Russell, Josh) (Entered: 10/10/2019) |

| | | | |
|---|---|---|---|
| 10/10/2019 | | 30 | BNC Certificate of Mailing − Meeting of Creditors Notice Date 10/10/2019. (Admin.) (Entered: 10/11/2019) |
| 10/11/2019 | | 31 | BNC Certificate of Mailing with Application/Notice/Order Notice Date 10/11/2019. (Admin.) (Entered: 10/12/2019) |
| 10/21/2019 | | | Marked Off without hearing (related document(s): 7 Request for Notice − Meeting of Creditors and Hearing on Confirmation Chapter 13, 26 Order Converting Case to 11/12/13) (sjackson) (Entered: 10/28/2019) |
| 10/22/2019 | | 32 | Notice of Appearance and Request for Notice Filed by Michelle C Marans on behalf of Select Portfolio Servicing, Inc. as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass−T (Marans, Michelle) (Entered: 10/22/2019) |
| 11/04/2019 | | 33 | (Debtor's last name incorrect) Chapter 13 Trustee's Final Report and Account for a Converted Case *to Chapter 11* Filed by Marianne DeRosa. (DeRosa, Marianne) Modified on 11/6/2019 (rjl). (Entered: 11/04/2019) |
| 11/08/2019 | | 34 | Amended Chapter 13 Trustee's Final Report and Account for a Converted Case Filed by Marianne DeRosa. (DeRosa, Marianne) (Entered: 11/08/2019) |
| 11/13/2019 | | | Statement Adjourning 341(a) Meeting of Creditors Filed by Office of the United States Trustee. 341(a) Meeting Adjourned to 11/22/2019 at 10:00 AM at Room 2579, 271−C Cadman Plaza East, Brooklyn, NY. (Khodorovsky, Nazar) (Entered: 11/13/2019) |
| 11/15/2019 | | 35 | Order Scheduling Initial Case Management Conference. Signed on 11/15/2019 Status hearing to be held on 12/20/2019 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sem) (Entered: 11/18/2019) |
| 11/19/2019 | | | Statement Adjourning 341(a) Meeting of Creditors Filed by Office of the United States Trustee. 341(a) Meeting Adjourned to 12/27/2019 at 10:00 AM at Room 2579, 271−C Cadman Plaza East, Brooklyn, NY. (Khodorovsky, Nazar) (Entered: 11/19/2019) |
| 11/20/2019 | | 36 | Motion to Dismiss Case *for Debtor's failure to pay filing fee in the amount of $55.00* Filed by Court. Hearing scheduled for 1/7/2020 at 10:00 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (rjl) (Entered: 11/20/2019) |
| 11/20/2019 | | 37 | BNC Certificate of Mailing with Notice/Order Notice Date 11/20/2019. (Admin.) (Entered: 11/21/2019) |
| 11/22/2019 | | 38 | BNC Certificate of Mailing with Notice of Hearing on Dismissal Notice Date 11/22/2019. (Admin.) (Entered: 11/23/2019) |
| 12/20/2019 | | 39 | Notice Re Common−Law Partnership Filed by Michael Krichevsky (olb) (Entered: 12/20/2019) |
| 12/20/2019 | | 40 | Monthly Operating Report for Filing Period November−December Filed by Michael Krichevsky (olb) (Entered: 12/20/2019) |
| 12/20/2019 | | | |

| | | | |
|---|---|---|---|
| | | | Hearing Held and Adjourned; (related document(s): 35 Order Scheduling Initial Case Management Conference) Appearance by Debtor − Appearance by UST −Debtor to provide proof of insurance and DIP account at 341 meeting and to amend schedules − Status hearing to be held on 02/27/2020 at 11:00 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 12/20/2019) |
| 12/27/2019 | | 41 | Opening Statement for 341(a) Meeting of Creditors Filed by Michael Krichevsky (gaa) (Entered: 12/27/2019) |
| 12/27/2019 | | | Statement Adjourning 341(a) Meeting of Creditors Filed by Office of the United States Trustee. 341(a) Meeting Adjourned to 1/27/2020 at 10:00 AM at Room 2579, 271−C Cadman Plaza East, Brooklyn, NY. (Khodorovsky, Nazar) (Entered: 12/27/2019) |
| 12/27/2019 | | | Receipt of Chapter 13 Installment Filing Fee − $55.00. Receipt Number 327239. (GA) (admin) (Entered: 12/27/2019) |
| 12/30/2019 | | | Final Installment Payment Verified by Financial (mnc) (Entered: 12/30/2019) |
| 01/07/2020 | | | Marked Off without hearing (related document(s): 36 Motion to Dismiss Case for failure to pay filing fee filed by Court, Receipt Number and Filing Fee Auto, Final Installment Payment Verified by Financial) (sjackson) (Entered: 01/07/2020) |
| 02/26/2020 | | 42 | Order to Show Cause. ORDERED, that the Debtor is directed to appear at a hearing on March 12, 2020 @ 9:30 A.M. to show cause why the $932 filing fee should not be paid in installments (RE: related document(s)26 Signed on 2/26/2020. Show Cause hearing to be held on 3/12/2020 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (rjl). (Entered: 02/26/2020) |
| 02/26/2020 | | 43 | Order ADJOURNING the Continued Case Management Conference to March 12, 2020 @ 9:30 a.m . Signed on 2/26/2020 35 (rjl) (Entered: 02/26/2020) |
| 02/27/2020 | | | Adjourned Without Hearing (related document(s): 35 Order Scheduling Initial Case Management Conference) Status hearing to be held on 03/12/2020 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 02/27/2020) |
| 02/29/2020 | | 44 | BNC Certificate of Mailing with Application/Notice/Order Notice Date 02/29/2020. (Admin.) (Entered: 03/01/2020) |
| 02/29/2020 | | 45 | BNC Certificate of Mailing with Notice/Order Notice Date 02/29/2020. (Admin.) (Entered: 03/01/2020) |
| 03/12/2020 | | 46 | Monthly Operating Report for Filing Period January 2020 Filed by Michael Krichevsky (gaa) (Entered: 03/12/2020) |
| 03/12/2020 | | | Hearing Held; (related document(s): 42 Order to Show Cause (Generic)) Granted − Court to issue order (sjackson) (Entered: 03/12/2020) |
| 03/12/2020 | | | Hearing Held and Adjourned; (related document(s): 35 Order Scheduling Initial Case Management Conference) Appearance by Debtor − Appearance by UST − Debtor directed to provide evidence of insurance on vehicle and condominium and quarterly fees of $650. Status hearing to be |

| | | | |
|---|---|---|---|
| | | | held on 04/30/2020 at 10:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 03/12/2020) |
| 03/17/2020 | | 47 | Motion for Relief from Stay *re: 4221 Atlantic Avenue, Brooklyn, NY 11224*. Objections to be filed on 4/24/2020. Fee Amount $181. Filed by Brittany J Maxon on behalf of Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F. Hearing scheduled for 5/1/2020 at 09:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (Attachments: # 1 Motion # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Affidavit of service) (Maxon, Brittany) (Entered: 03/17/2020) |
| 03/17/2020 | | | Receipt of Motion for Relief From Stay(1−19−43516−ess) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 19094956. Fee amount 181.00. (re: Doc# 47) (U.S. Treasury) (Entered: 03/17/2020) |
| 03/17/2020 | | 48 | Letter *waiving 362(e)* Filed by Brittany J Maxon on behalf of Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F (RE: related document(s)47 Motion for Relief From Stay filed by Creditor Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F) (Maxon, Brittany) (Entered: 03/17/2020) |
| 03/18/2020 | | 49 | Order Directing Debtor to Pay Chapter 11 Filing Fee in Installments; it is hereby Ordered, that the Debtor shall pay Chapter 11 filing fees according to the following terms: $233 on or before April 20, 2020. $233 on or before May 20, 2020. $233 on or before June 22, 2020. $233 on or before July 20, 2020. Until the filing fee is paid in full, the Debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case. IF THE DEBTOR FAILS TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTORS CHAPTER 11 CASE (RE: related document(s)42 Order to Show Cause (Generic)). Signed on 3/18/2020 (sem) (Entered: 03/18/2020) |
| 03/20/2020 | | 50 | BNC Certificate of Mailing with Application/Notice/Order Notice Date 03/20/2020. (Admin.) (Entered: 03/21/2020) |
| 04/27/2020 | | 51 | Letter of Adjournment: Hearing rescheduled from 05/01/2020 at 9:30AM to 05/22/2020 at 10:30AM Filed by Brittany J Maxon on behalf of Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F (RE: related document(s)47 Motion for Relief From Stay filed by Creditor Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F) (Maxon, Brittany) (Entered: 04/27/2020) |
| 04/29/2020 | | 52 | Letter *Regarding Telephonic Appearance April 30, 2020* Filed by Office of the United States Trustee (Wolf, Rachel) (re: Related document 35) Modified on 4/30/2020 to add document relationship (cns). (Entered: 04/29/2020) |
| 04/29/2020 | | 53 | Letter *regarding telephonic appearance on April 30, 2020* Filed by Michelle C Marans on behalf of Select Portfolio Servicing, Inc. as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in |

| | | | |
|---|---|---|---|
| | | | interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass−T (Marans, Michelle)(re: Related document 35) Modified on 4/30/2020 to add document relationship (cns). (Entered: 04/29/2020) |
| 04/30/2020 | | | Adjourned Without Hearing (related document(s): 35 Order Scheduling Initial Case Management Conference) Status hearing to be held on 05/22/2020 at 10:30 AM at 3585. (sjackson) (Entered: 05/01/2020) |
| 05/01/2020 | | | Adjourned Without Hearing (related document(s): 47 Motion for Relief From Stay filed by Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F) Hearing scheduled for 05/22/2020 at 10:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 05/13/2020) |
| 05/18/2020 | | 56 | Letter Requesting an Adjournment of Hearing Scheduled for May 22, 2020 of Motion for Relief From Stay. Filed by Michael Krichevsky (RE: related document(s)51 Letter of Adjournment filed by Creditor Wells Fargo Bank, N.A., 47 Motion for Relief from Stay **Filed Via Electronic Drop Box** . (tmk). (Entered: 05/19/2020) |
| 05/19/2020 | | 54 | Letter *telephonic appearance on 5/22/2020* Filed by Aleksandra Krasimirova Fugate on behalf of Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F (RE: related document(s)47 Motion for Relief From Stay filed by Creditor Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F, 51) (Fugate, Aleksandra) Modified on 5/20/2020 to add document relationship. (cns). (Entered: 05/19/2020) |
| 05/19/2020 | | 55 | Letter *advising of Telephonic Appearance* Filed by Michelle C Marans on behalf of Select Portfolio Servicing, Inc. as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass−T (RE: related document(s)35 Order Scheduling Initial Case Management Conference) (Marans, Michelle) (Entered: 05/19/2020) |
| 05/19/2020 | | 57 | Cross Motion to Strike and Dismiss with Prejudice Chapter 11 Proof of Claim Filed By US Bank, NA and Wells Fargo Bank, NA, and Opposition to Motion for Relief From Automatic Stay Filed by Michael Krichevsky (RE: related document(s)47 Motion for Relief From Stay filed by Creditor Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association). Hearing scheduled for 5/22/2020 at 10:30 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (Attachments: # 1 Affidavit of Service) **Filed Via Electronic Drop Box**.(vea) (Entered: 05/20/2020) |
| 05/21/2020 | | 58 | Order ADJOURNING the Continued Case Management Conference, Motion for Stay Relief and Motion to Strike. (RE: related document(s)35 Order Scheduling Initial Case Management Conference, 47 Motion for Relief, 57 Motion to Strike. ORDERED, that the Court will hold a hearing on June 12, 2020, at 10:00 a.m. at Courtroom 3585 Brooklyn, NY. ( Judge Stong). Hearing scheduled for 6/12/2020 at 10:00 AM. Signed on 5/21/2020. (rjl) (Entered: 05/21/2020) |
| 05/22/2020 | | | Adjourned Without Hearing (related document(s): 35 Order Scheduling Initial Case Management Conference) Status hearing to be held on 06/12/2020 at 10:00 AM at Courtroom 3585 ( Judge Stong), Brooklyn, |

8

| | | | |
|---|---|---|---|
| | | | NY. (sjackson) (Entered: 05/22/2020) |
| 05/22/2020 | | | Adjourned Without Hearing (related document(s): 47 Motion for Relief From Stay filed by Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F) Hearing scheduled for 06/12/2020 at 10:00 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 05/22/2020) |
| 05/22/2020 | | | Adjourned Without Hearing (related document(s): 57 Motion to Object/Reclassify/Reduce/Expunge Claims filed by Michael Krichevsky) Hearing scheduled for 06/12/2020 at 10:00 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 05/22/2020) |
| 05/22/2020 | | 60 | Objection *and Proposed Amended Order* Filed by Michael Krichevsky (RE: related document(s)58 Order to Schedule Hearing (Generic)). **(Filed Via Electronic Drop Box). (vea) (Entered: 05/26/2020)** |
| 05/23/2020 | | 59 | BNC Certificate of Mailing with Application/Notice/Order Notice Date 05/23/2020. (Admin.) (Entered: 05/24/2020) |
| 06/05/2020 | | 61 | Response *in opposition to Debtor's Cross−Motion* Filed by Aleksandra Krasimirova Fugate on behalf of Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F (RE: related document(s)57 Motion to Object/Reclassify/Reduce/Expunge Claims filed by Debtor Michael Krichevsky, Motion to Strike) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Certificate of service) (Fugate, Aleksandra) (Entered: 06/05/2020) |
| 06/08/2020 | | 62 | So Ordered − The Court will consider the Debtor's request to amend the May 21, 2020 Scheduling Order and to adjourn Wells Fargo's Stay Relief Motion and the Debtor's Motion to Strike to another date at the June 12, 2020continued case management conference.(RE: related document(s)47 Motion for Relief From Stay filed by Creditor Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F, 57Cross Motion to Object/Reclassify/Reduce/Expunge Claims filed by Debtor Michael Krichevsky, Motion to Strike, 58 Order to Schedule Hearing, 60 Objection filed by Debtor Michael Krichevsky). Signed on 6/8/2020 (sej) (Entered: 06/09/2020) |
| 06/09/2020 | | 63 | Refiled Petition Re: Forms Modernization 2015 (Pgs 1−8) for Individuals: Added Aliases, EIN, Selected Another Reason to File in this District, Added Sole Proprietorship Information and Changed Estimated Assets and Liabilities Filed by Michael Krichevsky (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Michael Krichevsky)(DEBTOR ADDED ALIASES TO PETITION, NOTIFIED RE: APPLICATION TO AMEND CAPTION) **Filed Via Electronic Drop Box** (tmk) (Entered: 06/09/2020) |
| 06/09/2020 | | 64 | Amended Schedule(s), Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR LR1009−1(a) Schedule A/B, Schedule D, Schedule E/F, Schedule G, Schedule I, Schedule J, Declaration of Schedules, Statement of Financial Affairs and Statement Local Rule 1073−2(b) Fee Amount $31 Filed by Michael Krichevsky (Affidavit Not Filed) (FEE NOT PAID) **Filed Via Electronic Drop Box** (tmk) (Entered: 06/09/2020) |
| 06/09/2020 | | 65 | |

| | | | |
|---|---|---|---|
| | | | For Individual Chapter 11 Cases: List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders Filed by Michael Krichevsky **Filed Via Electronic Drop Box** (tmk) (Entered: 06/09/2020) |
| 06/11/2020 | | 66 | Letter *re: telephonic appearance on 6/12/2020* Filed by Aleksandra Krasimirova Fugate on behalf of Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F (RE: related document(s)47 Motion for Relief From Stay filed by Creditor Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F, 57 Motion to Object/Reclassify/Reduce/Expunge Claims filed by Debtor Michael Krichevsky, Motion to Strike) (Fugate, Aleksandra) (Entered: 06/11/2020) |
| 06/11/2020 | | 67 | Letter *advising the Court of appearing attorney at June 12, 2020 status conference* Filed by Elizabeth L Doyaga on behalf of Select Portfolio Servicing, Inc. as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass−T (Doyaga, Elizabeth) (re. Related document 35,58) Modified on 6/12/2020 to add document relationship (cns). (Entered: 06/11/2020) |
| 06/11/2020 | | 68 | BNC Certificate of Mailing with Application/Notice/Order Notice Date 06/11/2020. (Admin.) (Entered: 06/12/2020) |
| 06/11/2020 | | 69 | Affidavit Pursuant to E.D.N.Y. LBR 1009−1(a) Filed by Michael Krichevsky (RE: related document(s)64 Amended Schedule(s) and Affidavit Pursuant to E.D.N.Y. LBR 1009−1(a) (Fee Due) − Court Event filed by Debtor Michael Krichevsky). **Filed Via Electronic Drop Box**. (vea) (Entered: 06/12/2020) |
| 06/12/2020 | | | Hearing Held and Adjourned; Appearance by Debtor, UST, Wells Fargo and SPS. Debtor to provide evidence of insurance on real property and vehicle by 6/25/2020. Debtor to become current on Monthly Operating Reports and UST fees of $975 by 6/25/2020. Status hearing to be held on 08/13/2020 at 11:00 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (RE: related document(s) 35 Order Scheduling Initial Case Management Conference) (sej) (Entered: 06/12/2020) |
| 06/12/2020 | | | Hearing Held; (RE: related document(s) 47 Motion for Relief From Stay Filed by Creditor Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F) Appearance by Debtor, UST, Wells Fargo and SPS −Stay relief granted. The parties may pursue their rights, including their claims and defenses, under the applicable law with respect to the property. Submit order. (sej) (Entered: 06/12/2020) |
| 06/12/2020 | | | Hearing Held and Adjourned; Appearance by Debtor, UST, Wells Fargo and SPS −'Hearing scheduled for 08/13/2020 at 11:00 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY.(RE: related document(s) 57 Motion to Object/Reclassify/Reduce/Expunge Claims,Motion to Strike Filed by Debtor Michael Krichevsky) (sej) (Entered: 06/12/2020) |
| 06/16/2020 | | 70 | Order Pursuant to 11 U.S.C. § 362(D)Terminating the Automatic Stay Imposed by 11 U.S.C. §362(a). It is hereby, Ordered that the automatic stay is hereby modified to permit Secured Creditor, Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for |

| | | | |
|---|---|---|---|
| | | | Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F and the Debtor to pursue their rights under applicable law, including their claims and defense, with respect to the property located at 4221 Atlantic Avenue, Brooklyn, NY 11224. (Related Doc 47) Signed on 6/16/2020. (cns) (Entered: 06/16/2020) |
| 06/25/2020 | | 71 | Notice of Appeal to District Court. . Fee Amount $298 Filed by Michael Krichevsky (RE: related document(s)70 Order on Motion For Relief From Stay). Appellant Designation due by 7/9/2020. Transmission of Designation to District Court Due by 7/27/2020. **Filed via Electronic Drop Box.** (jmf) (Entered: 06/25/2020) |
| 06/26/2020 | | 72 | Appeal Deficiency Notice (RE: related document(s)71 Notice of Appeal filed by Debtor Michael Krichevsky) (cns) (Entered: 06/26/2020) |
| 06/26/2020 | | 73 | Notice to Parties of requirements, deadlines (RE: related document(s)71 Notice of Appeal filed by Debtor Michael Krichevsky, 72 Appeal Deficiency Notice ) (cns) (Entered: 06/26/2020) |
| 06/26/2020 | | 74 | Transmittal of Notice of Appeal to District Court (RE: related document(s)70 Order on Motion For Relief From Stay, 71 Notice of Appeal filed by Debtor Michael Krichevsky, 72 Appeal Deficiency Notice, 73 Notice to Parties BK) (cns) (Entered: 06/26/2020) |
| 06/26/2020 | | 75 | Notice of Docketing Record on Appeal to District Court. Civil Action Number: 1−20−cv−02343−RRM District Court Judge Roslynn R. Mauskopf assigned. (RE: related document(s)71 Notice of Appeal filed by Debtor Michael Krichevsky) (rjl) (Entered: 06/26/2020) |
| 06/27/2020 | | 76 | BNC Certificate of Mailing with Application/Notice/Order Notice Date 06/27/2020. (Admin.) (Entered: 06/28/2020) |
| 06/28/2020 | | 77 | BNC Certificate of Mailing with Notice/Order Notice Date 06/28/2020. (Admin.) (Entered: 06/29/2020) |
| 06/29/2020 | | 78 | Civil Cover Sheet Filed by Michael Krichevsky (RE: related document(s)71 Notice of Appeal filed by Debtor Michael Krichevsky). (tmk) (Entered: 06/30/2020) |
| 06/30/2020 | | | Receipt of Notice of Appeal − $5.00. Receipt Number 328295. (JM) (admin) (Entered: 07/01/2020) |
| 07/21/2020 | | 79 | Notice of Appearance and Request for Notice Filed by Natsayi Mawere on behalf of Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F (Mawere, Natsayi) (Entered: 07/21/2020) |
| 07/22/2020 | | 80 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Michael Krichevsky (RE: related document(s)71 Notice of Appeal filed by Debtor Michael Krichevsky, 78 Civil Cover Sheet filed by Debtor Michael Krichevsky). Appellee designation due by 8/5/2020. **Filed Via Electronic Drop Box** (tmk). (Entered: 07/22/2020) |
| 07/27/2020 | | 81 | Transmittal of Additional Record on Appeal to District Court in reference to Civil Case Number: 20−cv−02343−RRM (RE: related document(s)70 Order on Motion For Relief From Stay, 71 Notice of Appeal filed by Debtor Michael Krichevsky, 78 Civil Cover Sheet filed by Debtor Michael |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Krichevsky, 80 Appellant Designation filed by Debtor Michael Krichevsky) (cns) (Entered: 07/27/2020) |
| 08/05/2020 |  | 82 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Natsayi Mawere on behalf of Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F (RE: related document(s)71 Notice of Appeal filed by Debtor Michael Krichevsky, 78 Civil Cover Sheet filed by Debtor Michael Krichevsky). (Mawere, Natsayi) (Entered: 08/05/2020) |
| 08/06/2020 |  | 83 | Letter *requesting adjournment of 8/13/2020 hearing* Filed by Aleksandra Krasimirova Fugate on behalf of Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F (RE: related document(s)57 Motion to Object/Reclassify/Reduce/Expunge Claims filed by Debtor Michael Krichevsky, Motion to Strike) (Fugate, Aleksandra) (Entered: 08/06/2020) |
| 08/06/2020 |  | 84 | Transmittal of Additional Record on Appeal to District Court in reference to Civil Case Number: 20−cv−02343−RRM (RE: related document(s)70 Order on Motion For Relief From Stay, 71 Notice of Appeal filed by Debtor Michael Krichevsky, 78 Civil Cover Sheet filed by Debtor Michael Krichevsky, 80 Appellant Designation filed by Debtor Michael Krichevsky, 82 Appellee Designation filed by Creditor Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F, 73) (cns) (Entered: 08/06/2020) |

**REED SMITH LLP**
Natsayi Mawere, Esq.
599 Lexington Avenue
New York, New York 10022
Tel:  (212) 521-5400
Fax:  (212) 521-5450
Email: nmawere@reedsmith.com

*Counsel for Secured Creditor,*
*Wells Fargo Bank, N.A., as Servicing Agent for U.S. Bank*
*National Association, as Trustee for Banc of America Funding*
*Corporation Mortgage Pass-Through Certificates, Series 2006-F*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

IN RE:                                                              Chapter 11

    MICHAEL KRICHEVSKY,                        Case No.: 1-19-43516 (ESS)

                              Debtor.

---------------------------------------------------------------X

**APPELLEE WELLS FARGO BANK, N.A. AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-F'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL PURSUANT TO FED. R. BANK. P. 8009**

Appellee Wells Fargo Bank, N.A. as Servicing Agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-F, through its undersigned counsel, file this Appellee-Designation of Additional Items to be Included in the Record on Appeal pursuant to Fed. R. Bankr. P. 8009 for Plaintiff Michael Krichevsky's appeal from the Order of the Honorable Elizabeth S. Strong, United States Bankruptcy Judge, dated and entered on June 16, 2020, pursuant to 11 U.S.C. § 362(D), Terminating the Automatic Stay Imposed by 11 U.S.C. § 362(a).

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| Bankruptcy Claim's Register | Date | Title[1] |
|---|---|---|
| 3-1 | 8/15/2019 | Claim #3 filed by Wells Fargo Bank, N.A., as servicing agent for U.S. Bank. |
| 3-2 | 5/21/2020 | Amended Claim #3 filed by Wells Fargo Bank, N.A., as servicing agent for U.S. Bank. |

Appellee reserves the right to modify and/or supplement the foregoing designations to the fullest extent permitted by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Eastern District of New York's Local Bankruptcy Rules.

Dated: August 5, 2020  
       New York, New York

Respectfully Submitted,

**REED SMITH LLP**

By: /s/ Natsayi Mawere  
Natsayi Mawere  
599 Lexington Avenue  
New York, New York 10022  
Tel: 212-521-5400  
Fax: 212-521-5450  
nmawere@reedsmith.com

*Counsel for Secured Creditor, Wells Fargo Bank, N.A., as Servicing Agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-F*

---

[1] All designated items include their annexed exhibits, appendices, enclosures, and/or attachments.

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2020, the foregoing **Appellee's Designation of Additional Items to be Included in the Record on Appeal Pursuant to Fed. R. Bank. P. 8009** was filed with the Clerk of the Court through this Court's CM/ECF electronic filing system and served in accordance with the Federal Rules of Civil Procedure, and/or the rules of the Eastern District of New York.

/s/ Natsayi Mawere
Natsayi Mawere