In the United States Bankruptcy Court
Eastern District of New York

In the Matter of:           )
Michael Krichevsky          )
            Debtor.   )    CHAPTER 11 CASE NO. 19-43516-ess
_____)

REQUEST FOR ADJOURNMENT OF HEARING ON MY CROSS-MOTION TO STRIKE PROOF OF CLAIM AND OPPOSITION TO MOTION FOR RELIEF FROM STAY

November 30, 2020

Dear Sheree Jackson:

I request an adjournment of the December 3, 2020 hearing.

Unfortunately, I was unable to produce both replies to adverse attorneys' oppositions to my cross-motion. Trust me, for the past few months I was personally dealing with the issues not involving litigation. Nonetheless, these issues were important and required my personal attention and devotion of time.

I did not contact adverse attorneys for adjournment by consent since my last experience with them proved to be futile. Accordingly, to avoid stress and aggravation, I did not contact them and presume that they will oppose an adjournment.

As you may know, Public policy favors resolution of litigation on the merits and by Due Process. Please, adjourn this hearing to some future date in January of 2021.

Thank you very much for your help!

Sincerely,


/s/*Michael Krichevsky*
Michael Krichevsky