Michael Krichevsky, DIP
4221 Atlantic Avenue
Brooklyn, NY   11224
Phone: 718-687-2300
Email: tokrichevsky1@yahoo.com

May 29, 2021

By Drop Box: NYEB_Dropbox@nyeb.uscourts.gov

Judge Elizabeth S. Stong
US BANKRUPTCY COURT
271 Cadman Plaza, Courtroom 3585
Brooklyn, NY 11201

Re: Michael Krichevsky, DIP, last SS# 7181
         Chapter 11 Case Number: 1-19-43516-ess


Dear Judge Stong:

I am the Debtor in Possession in this case. I request an adjournment of July 1, 2021 hearing on my Rule 2004 motion and my other motions I need that the court consolidate into one hearing to avoid manifest injustice and violation of my constitutional right to fair trial.

The reason for my request as follows:

I am injured by Attorney Mawere (see attached) and under doctor's care;
I am exhausted and need a rest;
Opposing attorneys, no doubt, will oppose my motions and they need a time to reply, etc.

I propose, to adjourn all motions scheduled for July 1, 2021 to July 16, 2021, and July 16, 2021 hearing on motions in adversary proceeding and motion for relief from stay to a later date so that I heal my wrist.

I also propose to reschedule my Rule 2019 motion for sanction from July 22, 2021 to July 16, 2021 and consolidate it into one hearing for the same due process reasons stated above.

I did not contact all attorneys as I know they would not consent because they never play fair.

Sincerely,

/s/ Michael Krichevsky

Michael Krichevsky, DIP
Attachment

# PHYSICIAN REFERRAL

| PHYSICAL THERAPY | PHYSICAL THERAPY 2 | NEUROLOGY | PSYCOLOGY | SURGEONS | EMG | PODIATRY |
|---|---|---|---|---|---|---|
| REMASS, Carol DeCosta 142 Joralemon Street, 3A Brooklyn, NY 11201 (718) 852-6949 | One on One Midwood 1715 Avenue T, Brooklyn NY 11229 (718) 336-8206 | Igor Khelemsky, M.D. 2310 65th Street 1st Floor, Brooklyn NY 11204 (718) 376-3200 | Jeffrey Beck 142 Joralemon St., Suite 5E (718) 596-9170 | Dr. Jessica Galina Foot and Ankle Specialist 343 west 58th street suite 11 Manhattan NY (212) 265 0255 | Dr. Jeff Mollins 188 Montague St., Suite 300 (718) 802-0800 | Metro Podiatric- J. Rosenblatt & M. Sadhnani 408 Jay Street, Ste 500 Brooklyn, NY 11201 (718) 875-9251 |
| One On One Downtown Brooklyn 44 Court Street, Suite 600 (718) 222-1009 | One On One Downtown Brooklyn 194 Joralemon Street, 4th Floor (718) 643-7116 | Igor Stiler 3500 Nostrand Avenue Brooklyn, NY 11229 (718) 769-2521 | Dr. Robins 61 West 62nd street Suite 4F New York, New York 10023 (212) 586-3773 | Dr. Richard Seldes Hip Surgeon 9610 Metropolitan Ave Forest Hills, NY 11375 (718) 459-0400 | Dr. T Hanan 3226 Kings Highway, Brooklyn (718) 252-9100 | Dr Amar (347) 620-2150 1414 Newkirk Avenue, Brooklyn, NY |
| One On One Midwood Dr. Jeff Mollins, 188 Montague St., Suite 300 (718-802-0800) | Back to Health Flatbush 108 Kinelworth Place, Brooklyn NY 11210 (718) 434-4311 | Justin Willer 741 Ocean Parkway Brooklyn, NY 11230 (718) 859-8920 | Dr. Able Y Zhang 43-18 Robinson Street Suite 1A Flushing NY 11355 (718) 666-7176 | Dr. Samuel Keenan Orthopedic Oncologist 611 Northern Blvd Ste 200 Great Neck, NY 11021 (516) 723-2663 | Dr. Inoyatova 421 Ocean Parkway takes Healthfirst (718) 287-4200 | |
| Back to Health Midwood 2148 Ocean Ave. Ste. 301 Brooklyn, NY 11229 (718) 872-7002 | Back to Health Advance Physical Therapy, Derek Chow, 408 Jay Street, Suite 301 Brooklyn, NY 11201 (718) 522-3000 | Downtown Brooklyn Larisa Lempert 50 Court St #511, Brooklyn, NY 11201 (718) 874-0046 Neurological Care Michael Amoashiy 408 Jay Street, Suite 300 (718) 522-3000 | Nasser 112 Prospect Park West, Brooklyn, NY 11215 (917) 292-3532 Ortega (no medicare or 1199) 26 Court Street Suite 1711 Brooklyn NY (347) 450-4356 | Dr. Betchen Spine Surgeon Maimonides Medical Center: 948 48th Street Brooklyn NY (718) 283-7219 Dr. Shiau Spine Surgeon 9920 4th Avenue Brooklyn, NY 11209 (718) 448-3210 | Ernest Bubberman, DC Chiropracter 2518 Ocean Avenue, Brooklyn, NY 11229 (718) 934-5395 | |
| Back to Health Frida Goldin's Office 421 Ocean Parkway, Brooklyn, NY 11218 (718) 267-4200 | Back to Health Sheepshead Bay 2565 E. 17th St. Brooklyn NY 11235 (718) 769-1200 | Downtown Brooklyn Dominque Cozien 142 Joralemon, 8th Floor (718) 722-7577 Dr. Shum Neuroscience Associates of New York 9920 4th Ave Brooklyn NY 11209 (718) 448-3210 | Krystel Salandanan Behavioral Medicine Associates (516) 466-7077 | Dr. Schwarzkopf Orthopedic Surgeon (212) 513-7711 (646) 754-1487 (646) 501-7306 Dr. Adler Pain Management 25-55 Nostrand, Avenue, Brooklyn NY (718) 951-8800 | Dr. Suelane Do Ouro New York Pain Relief Medicine 800 2nd Ave Floor 9, New York, NY 10017 (646) 329-6585 | |

# OFFICIAL NEW YORK STATE PRESCRIPTION

## BROOKLYN PREMIER ORTHOPEDICS

MICHAEL I HOROWITZ MD
LIC: 242188
NPI: 1447498415

1414 NEWKIRK AVENUE BROOKLYN, NY 11226 (718) 759-6100
142 JORALEMON ST 2ND FLOOR BROOKLYN, NY 11226 (718) 759-6100
76-65 AUSTIN ST FOREST HILLS, NY 11375 (718) 509-1900

PRACTITIONER DEA NUMBER

Patient Name _Krichevsky, Michael_ Date _____

Address _____

City _____ State _____ Zip _____ Age _____ Sex M F

℞

_[illegible handwriting]_

LEP ☐ _____ Preferred Language

Prevent medication errors. _[illegible]_ prescription

Prescriber Signature X _____

MAXIMUM DAILY DOSE (controlled substances only)

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS ☐ None Refills: _____

0TR2BV 56

PHARMACIST TEST AREA:

Dispense As Written