UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
: 
   IN RE: : CASE NO.: 22-71045-ast
: CHAPTER: 13
Michael Krichevsky, :
: **NOTICE OF APPEARANCE**
                    Debtor. :
: HON. CHIEF JUDGE:
: Alan S. Trust
:
:
:
:
:
---------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

                                FRIEDMAN VARTOLO, LLP
                                Attorneys for SN Servicing Corporation as servicer for
                                U.S. Bank Trust National Association, as Trustee of the
                                Bungalow Series IV Trust
                                1325 Franklin Avenue, Suite 160
                                Garden City, NY 11530
                                bankruptcy@FriedmanVartolo.com

      **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

      **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a

District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: Garden City, NY
       May 11, 2022

                                  By: /s/ Michael L. Carey
                                  Michael L. Carey, Esq.
                                  FRIEDMAN VARTOLO, LLP
                                  Attorneys for SN Servicing Corporation as servicer for
                                  U.S. Bank Trust National Association, as Trustee of the
                                  Bungalow Series IV Trust
                                  1325 Franklin Avenue, Suite 160
                                  Garden City, NY 11530
                                  T: (212) 471-5100
                                  F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 22-71045-ast |
| | : | |
| Michael Krichevsky, | : | CHAPTER: 13 |
| | : | |
| Debtor. | : | |
| | : | HON. CHIEF JUDGE: |
| | : | Alan S. Trust |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

------------------------------------------------------------------X

## CERTIFICATION OF SERVICE

     I, Michael L. Carey, certify that on May 11, 2022, I caused to be served a true copy of the annexed **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

                                                                          By: /s/ Michael L. Carey___
                                                                          Michael L. Carey, Esq.
                                                                          FRIEDMAN VARTOLO, LLP
                                                                          Attorneys for SN Servicing Corporation as servicer for
                                                                          U.S. Bank Trust National Association, as Trustee of the
                                                                          Bungalow Series IV Trust
                                                                          1325 Franklin Avenue, Suite 160
                                                                          Garden City, NY 11530
                                                                          T: (212) 471-5100
                                                                          F: (212) 471-5150

## SERVICE LIST

Michael Krichevsky
4221 Atlantic Ave
Brooklyn, NY 11224
***Pro se Debtor***

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437
***U.S. Trustee***