# Notice Recipients

District/Off: 0207−8                  User: admin                    Date Created: 5/13/2022
Case: 8−22−71045−ast                 Form ID: pdfall                 Total: 62

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr      New York State Department of Taxation and Finance
cr      Wells Fargo Bank, N.A., as Servicing Agent for U.S. Bank National Association, as Trustee for Banc of America
        Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F (U.S. Bank), incorre
aty     Woods Oviatt Gilman LLP
intp    Bank Defendants

                                                                                         TOTAL: 4

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee          USTPRegion02.LI.ECF@usdoj.gov
aty     Alan Smikun           alansm@nyfclaw.com
aty     Aleksandra Krasimirova Fugate          bkinbox@woodsdefaultservices.com
aty     Brittany J Maxon           bkinbox@woodsdefaultservices.com
aty     Elizabeth L Doyaga          edoyaga@flwlaw.com
aty     James N. Faller          james.faller@reedsmith.com
aty     Josh Russell          josh.russell@tax.ny.gov
aty     Michael Lawrence Carey          mcarey@friedmanvartolo.com
aty     Michelle C Marans          MMarans@flwlaw.com
aty     Natalie A Grigg          bkinbox@woodsdefaultservices.com
aty     Natsayi Mawere          nmawere@reedsmith.com
aty     Robert W. Griswold          rgriswold@logs.com
aty     Shari S Barak          sbarak@logs.com

                                                                                         TOTAL: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Michael Krichevsky      4221 Atlantic Ave          Brooklyn, NY 11224
cr          Select Portfolio Servicing, Inc., as Servicer Agent for U.S. Bank NA, successor trustee to Bank of America, NA,
            successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage          c/o The Margolin &
            Weinreb Law Group LLP          165 Eileen Way – Suite 101          Syosset, NY 11791
cr          Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America
            Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F          Woods Oviatt Gilman, LLP          500
            Bausch & Lomb Place          Rochester, NY 14604
cr          Select Portfolio Servicing, Inc. as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in
            interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass−T          c/o Frenkel Lambert et
            al.          53 Gibson Street          Bay Shore, NY 11706
cr          Select Portfolio Servicing, Inc. as Servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in
            interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass−Th          Shapiro, DiCaro, and
            Barak LLC          One Huntington Quadrangle          Suite 3N05          Melville, NY 11747
cr          WELLS FARGO BANK, N.A.          MAC N9286−01Y          P.O. Box 1629          Minneapolis, MN 55440−9790
cr          SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV
            Trust          c/o Friedman Vartolo LLP          1325 Franklin Avenue          Suite 160          Garden City, NY 11530
10071247    American Home Mortgage          520 Broad hollow Rd.          Melville, NY 11747
10071217    American Honda Finance Corporation          National Bankruptcy Center          P.O. Box 168088          Irving, TX
            75016−8088
10071226    BANK OF AMERICA, NATIONAL ASSOCIATION          60 Livingston Ave          EP−MN−WS3D          Saint
            Paul, MN 55107
10071228    Board of Managers of Condo #2          40 Oceans Dr. West          Brooklyn, NY 11235
10071239    CITY OF NEW YORK          Peck Slip Station          NEW YORK NY 10272
10071240    ConEdoson          JAF STATION          PO BOX 1702          NEW YORK NY 10116
10071238    Conev Island Hospital          2501 Ocean Pkwy          Brooklyn NY 11235
10071230    Elena and David Svenson          2620 Ocean Pkwy. Apt. 3K          Brooklyn NY 11235
10071236    GW MECHANICAL CORP          854 Humboldt Street          Brooklyn NY 11222
10071227    IRS          2 Metrotech Center          Brooklyn, NY 11201
10071224    Internal Revenue Service          J F Kennedy Bldg.          15 New Sudbury Street          Stop 20800 Insolvency Unit
            VIII          Boston, MA 02203
10071233    LEON CONSTRUCTION CORP          260 65 Street, Apt 15A          Brooklyn NY 11220
10071246    MK 7 Funding 40IK Trust          4221 Atlantic Ave          Brooklyn NY 11224
10071245    MK 7 Funding LLC          4221 Atlantic Ave          Brooklyn, NY 11224
10071237    Magellan RX Medicare          PO Box 1433          Maryland Heights MO 63043
10071229    NY STATE          Civil Enforcement Division          W A Hanrlman Campus          Albany NY 12205
10071234    Nell! Frid          4221 Atlantic Ave          Brooklyn NY 11224
10071242    New York Community Bank          Westbury, NY 11590
10071221    New York State Department of Taxation & Finance          Bankruptcy Section          P O Box 5300          Albany New
            York 12205−0300
10071222    New York State Department of Taxation and Finance          250 Veterans Hwy          Hauppauge, NY
            11788          Attn: Josh Russell
10071232    OHIO SAVINGS BANK          615 Merrick Avenue          Westbury NY 11590
10071243    SMI−FAIRMONT FUNDING, LTD          3910 KIRBY DRIVE SUITE 300          HOUSTON, TX 77098

| | | | | | |
|---|---|---|---|---|---|
| 10071282 | SN Servicing Corporation as servicer for | U.S. Bank Trust National Association | c/o Friedman Vartolo, LLP    1325 Franklin Avenue Suite 160    Garden City, NY 11530 | | |
| 10071235 | Sea Gate Association    3700 Surf Avenue    Brooklyn NY | | | | |
| 10071223 | Select Portfolio Servicing, Inc. as servicer for    c/o Frenkel Lambert et al.    53 Gibson Street    Bay Shore NY 11706 | | | | |
| 10071252 | Select Portfolio Servicing, Inc. as servicer for U    c/o Shapiro, DiCaro & Barak, LLC    One Huntington Quadrangle, Suite 3N05    Melville, NY 11747 | | | | |
| 10071216 | Select Portfolio Servicing, Inc., as Servicer Agen    c/o The Margolin & Weinreb Law Group, LL    165 Eileen Way – Suite 101    Syosset, NY 11791 | | | | |
| 10071215 | The Margolin & Weinreb Law Group, LLP    165 Eileen Way    Syosset, NY 11791 | | | | |
| 10071254 | The Sea Gate Association    3700 Surf Avenue    Brooklyn NY 11224 | | | | |
| 10071218 | U.S. Bank NA, successor trustee to Bank of America    c/o The Margolin & Weinreb Law Group, LL    165 Eileen Way – Suite 101    Syosset, NY 11791 | | | | |
| 10071225 | U.S. Bank National Association, as Trustee    60 Livingston Ave    EP–MN–WS3D    Saint Paul, MN 55107 | | | | |
| 10071253 | U.S. Bank, NA, successor trustee    to Bank of America, NA    c/o Shapiro, Dicaro & Barak, LLC    One Huntington Quadrangle, Suite 3N05    Melville, NY 11747 | | | | |
| 10071244 | Washington Mutual Bank, FA    No known address | | | | |
| 10071255 | Wells Fargo Bank, N.A.    MAC N9286–01Y    P.O. Box 1629    Minneapolis, MN 55440–9790 | | | | |
| 10071256 | Wells Fargo Bank, N.A.    MAC N9286–01Y    P.O. Box 1629    Minneapolis, MN 55440–9790 | | | | |
| 10071251 | Wells Fargo Bank, N.A.    c/o Reed Smith LLP    599 Lexington Avenue    New York, New York 10022 | | | | |
| 10071220 | Wells Fargo Bank, N.A. as servicing agent for U.S.    Default Document Processing    MAC# N9286–01Y    1000 Blue Gentian Road    Eagan, MN 55121–7700 | | | | |
| 10071219 | Wells Fargo Bank, N.A. as servicing agent for U.S.    c/o Woods Oviatt Gilman, LLP    500 Bausch & Lomb Place    Rochester, NY 14604 | | | | |

TOTAL: 45