# EXHIBIT C

<table>
<tr><td>

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

</td><td>



2019092900027001002EF64E

</td></tr>
</table>

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|
| **Document ID:** 2019092900027001 | Document Date: 09-30-2019 | Preparation Date: 10-02-2019 |

Document Type: DEED
Document Page Count: 3

| PRESENTER: | RETURN TO: |
|---|---|
| MICHAEL KRICHEVSKY<br>4221 ATLANTIC AVE<br>BROOKLYN, NY 11224<br>718-687-2300<br>TOKRICHEVSKY1@YAHOO.COM | MICHAEL KRICHEVSKY<br>4221 ATLANTIC AVE<br>BROOKLYN, NY 11224 |

## PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 8369 | 362 | Entire Lot | N/A EAST 72ND STREET |

Property Type: RESIDENTIAL VACANT LAND

## CROSS REFERENCE DATA

BROOKLYN    **File Number:**    201910020000

## PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| LEONID MANDEL<br>260 65TH STREET, APT 15A<br>BROOKLYN, NY 11220 | LEONID MANDEL<br>260 65TH STREET, APT 15A<br>BROOKLYN, NY 11220 |

☒ Additional Parties Listed on Continuation Page

## FEES AND TAXES

| Mortgage : | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | | $ 250.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ 0.00 |
| TAXES:  County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | | $ 0.00 |
| Spec (Additional): | $ 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| TASF: | $ 0.00 | **OF THE CITY REGISTER OF THE** | |
| MTA: | $ 0.00 | **CITY OF NEW YORK** | |
| NYCTA: | $ 0.00 | Recorded/Filed     10-04-2019 09:56 | |
| Additional MRT: | $ 0.00 | City Register File No.(CRFN): | |
| TOTAL: | $ 0.00 | **2019000321910** | |
| Recording Fee: | $ 52.00 | | |
| Affidavit Fee: | $ 0.00 | *City Register Official Signature* | |



| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|
| | 2019092900027001002CF4CE |

| RECORDING AND ENDORSEMENT COVER PAGE  (CONTINUATION) | | PAGE 2 OF 5 |
|---|---|---|
| **Document  ID:  2019092900027001** | Document Date: 09-30-2019 | Preparation Date: 10-02-2019 |
| Document  Type: DEED | | |

**PARTIES**

**GRANTEE/BUYER:**
MICHAEL KRICHEVSKY
4221 ATLANTIC AVE
BROOKLYN, NY 11224

THIS SPACE PROVIDED FOR RECORDER'S USE ONLY:

WHEN RECORDED RETURN TO:
Michael Krichevsky
4221 Atlantic Ave
Brooklyn, New York, 11224

# QUIT CLAIM DEED

THE GRANTOR,
  - Leonid Mandel, a single man,
  for and in consideration of Partnership Agreement and other good and valuable consideration
    makes this gifted conveyance as tenants in common, releases and quits claims to the
    GRANTEES:
  - Leonid Mandel and Michael Krichevsky, residing at 4221 Atlantic Avenue, Brooklyn,
    Kings County, New York, 11224, the following described real estate land, situated in
    Brooklyn, in the County of Kings, State of New York:

Parcel Number: Block 8369 Lot 362
Legal description attached as Schedule "A"

Grantor grants all of the Grantor's rights, title, and interest in and to the above described property
to the Grantees on the 50/50 percentage share basis, and to the Grantees heirs and assigns
forever, so that neither Grantor nor Grantor's heirs, legal representatives or assigns shall have
claim or demand any right or title to the property, premises, or appurtenances, or any part
thereof.

**Grantors signature on the next page**

**Grantor Signature:**

DATED: 9/30/2019

Leonid Mandel
260 65th Street, Apt. 15A
Brooklyn, New York, 11220

STATE OF NEW YORK, COUNTY OF KINGS, ss:

On this ___30___ day of ___September___, 2019, before me personally appeared Leonid
Mandel, to me known to be the persons described in and who executed the foregoing instrument,
and acknowledged that they executed same as their free act and deed.

Notary Public

My commission expires _____

AMANDA HEYWOOD
Notary Public, State of New York
No. 04HE6193922
Qualified in Kings County
Commission Expires September 22, 2020

SEAL

SCHEDULE "A"

ALL that certain plot, piece, or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southwesterly side of East 72nd Street, (as now open and in use, 60 feet wide), distant 164 feet 0 inches southeasterly from the corner formed by the intersection of the southwesterly side of East 72nd Street, with the southeasterly side of Bergen Court, (a private right of way, 50 feet wide);

running thence southwesterly at right angles to the said southwesterly side of East 72nd Street, 92 feet 0-1/2 inches to a point;

thence southeasterly along a line drawn at an interior angle of 52 degrees 31 minutes 0 seconds, with the last mentioned course, 105 feet 1 inch to a point;

thence southwesterly along a line drawn at an exterior angle of 270 degrees 0 minutes 0 seconds, with the last mentioned course, 17 feet 6 inch to a point;

thence southeasterly along a line at right angles with the last mentioned course, 68 feet 11-3/4 inches to the said southwesterly side of East 72nd Street;

and thence northwesterly along the said southwesterly side of East 72nd Street, 148 feet 9-1/4 inches to the point or place of BEGINNING

FOR CONVEYANCE ONLY     {Being a portion of the premises as described
not for policy          {in a deed to the party of the first part
                        {recorded in Reel 4504 pg 1984.


FOR CONVEYANCING ONLY IF  {Together with all rights, title and interest
INTENDED TO BE CONVEYED   {of, in and to any streets and roads abutting
                          {the above described premises, to the center
                          {line thereof.

FOR INFORMATION ONLY
Said premises being a plot of Vacant land on East 72nd Street,
                              Brooklyn, New York
County:    Kings            Block:   8369    Lot:   362



2019092900027001002S38CF

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID: 2019092900027001**       Document Date: 09-30-2019       Preparation Date: 10-02-2019
Document Type: DEED

**ASSOCIATED TAX FORM ID:**    2019100200159

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 3 |

**FOR CITY USE ONLY**

C1. County Code |___|___|    C2. Date Deed Recorded |___|___| / |___|___| / |___|___|
                                                     Month      Day        Year

C3. Book |___|___|___|___|    C4. Page |___|___|___|___|
OR

C5. CRFN |_____|

**REAL PROPERTY TRANSFER REPORT**

STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

# RP - 5217NYC

## PROPERTY INFORMATION

| 1. Property Location | N/A | EAST 72ND STREET | | BROOKLYN | 00000 |
|---|---|---|---|---|---|
| | STREET NUMBER | STREET NAME | | BOROUGH | ZIP CODE |

**CITY REGISTER**

2. Buyer Name

| MANDEL | | LEONID |
|---|---|---|
| LAST NAME / COMPANY | | FIRST NAME |

| KRICHEVSKY | **OCT 03 '19** | MICHAEL |
|---|---|---|
| LAST NAME / COMPANY | | FIRST NAME |

3. Tax Billing Address — Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

| | | |
|---|---|---|
| LAST NAME / COMPANY | | FIRST NAME |

| | | | |
|---|---|---|---|
| STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE |

4. Indicate the number of Assessment Roll parcels transferred on the deed |  1  | # of Parcels OR [ ] Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size | _____ | X | _____ | OR | 1 2 9 6 2 . 0 0 |
                        FRONT FEET      DEPTH              ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium [ ]
7. New Construction on Vacant Land [✓]

8. Seller Name

| MANDEL | | LEONID |
|---|---|---|
| LAST NAME / COMPANY | | FIRST NAME |

| | | |
|---|---|---|
| LAST NAME / COMPANY | | FIRST NAME |

9. Check the box below which most accurately describes the use of the property at the time of sale:

A [ ] One Family Residential
B [ ] 2 or 3 Family Residential
C [✓] Residential Vacant Land
D [ ] Non-Residential Vacant Land
E [ ] Commercial
F [ ] Apartment
G [ ] Entertainment / Amusement
H [ ] Community Service
I [ ] Industrial
J [ ] Public Service

## SALE INFORMATION

10. Sale Contract Date | 7 / 17 / 2011 |
                          Month Day Year

11. Date of Sale / Transfer | 1 / 17 / 2011 |
                               Month Day Year

12. Full Sale Price $ |_____0|

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

13. Indicate the value of personal property included in the sale |_____|

14. Check one or more of these conditions as applicable to transfer:

A [ ] Sale Between Relatives or Former Relatives
B [✓] Sale Between Related Companies or Partners in Business
C [✓] One of the Buyers is also a Seller
D [ ] Buyer or Seller is Government Agency or Lending Institution
E [✓] Deed Type not Warranty or Bargain and Sale (Specify Below )
F [ ] Sale of Fractional or Less than Fee Interest ( Specify Below )
G [ ] Significant Change in Property Between Taxable Status and Sale Dates
H [ ] Sale of Business is Included in Sale Price
I [✓] Other Unusual Factors Affecting Sale Price ( Specify Below )
J [ ] None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class | V 0 |

16. Total Assessed Value (of all parcels in transfer) |_____1 6 0 7 5|

17. Borough, Block and Lot / Roll Identifier(s)  ( If more than three, attach sheet with additional identifier(s) )

| BROOKLYN 8369 362 | | |
|---|---|---|

20191002001c020101

**CERTIFICATION** | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER** 

BUYER SIGNATURE          DATE

260 65TH STREET, APT 15A

STREET NUMBER     STREET NAME (AFTER SALE)

BROOKLYN          NY          11220

CITY OR TOWN          STATE          ZIP CODE

**BUYER'S ATTORNEY**

LAST NAME          FIRST NAME

AREA CODE          TELEPHONE NUMBER

**SELLER**

SELLER SIGNATURE          DATE

2019100200159201

Form RP-5217 NYC                                                                                    ATTACHMENT

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

## BUYERS                                                            ## SELLERS

_____  10/2/2019         _____   _____
Buyer Signature          Date                     Seller Signature              Date

_____   _____   _____   _____
Buyer Signature          Date                     Seller Signature              Date

_____   _____   _____   _____
Buyer Signature          Date                     Seller Signature              Date

_____   _____   _____   _____
Buyer Signature          Date                     Seller Signature              Date

_____   _____   _____   _____
Buyer Signature          Date                     Seller Signature              Date

_____   _____   _____   _____
Buyer Signature          Date                     Seller Signature              Date

_____   _____   _____   _____
Buyer Signature          Date                     Seller Signature              Date

_____   _____   _____   _____
Buyer Signature          Date                     Seller Signature              Date

_____   _____   _____   _____
Buyer Signature          Date                     Seller Signature              Date

_____   _____   _____   _____
Buyer Signature          Date                     Seller Signature              Date

_____   _____   _____   _____
Buyer Signature          Date                     Seller Signature              Date

_____   _____   _____   _____
Buyer Signature          Date                     Seller Signature              Date

_____   _____   _____   _____
Buyer Signature          Date                     Seller Signature              Date

_____   _____   _____   _____
Buyer Signature          Date                     Seller Signature              Date

_____   _____   _____   _____
Buyer Signature          Date                     Seller Signature              Date

_____   _____   _____   _____
Buyer Signature          Date                     Seller Signature              Date

_____   _____   _____   _____
Buyer Signature          Date                     Seller Signature              Date

_____   _____   _____   _____
Buyer Signature          Date                     Seller Signature              Date

_____   _____   _____   _____
Buyer Signature          Date                     Seller Signature              Date

2019100200159201

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York }

County of } SS.:

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

**N/A EAST 72ND STREET**
_____ , _____ ;
Street Address Unit/Apt.

**BROOKLYN** _____ New York, ___8369___ ___362___ (the "Premises"):
Borough                                      Block            Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

_____         _____
Name of Grantor (Type or Print)          Name of Grantee (Type or Print)

_____         _____
Signature of Grantor                     Signature of Grantee

Sworn to before me                       Sworn to before me

this _____ day of _____ 20 ___      this _____ day of _____ 20 ___

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2019100200159101

The City of New York
**Department of Environmental Protection**
**Bureau of Customer Services**
**59-17 Junction Boulevard**
**Flushing, NY   11373-5108**

www.nyc.gov/dep

# Customer Registration Form for Water and Sewer Billing

## Property and Owner Information:

(1)   **Property receiving service: BOROUGH:  BROOKLYN**          **BLOCK:  8369**          **LOT:  362**

(2)   **Property  Address: N/A  EAST 72ND STREET, BROOKLYN, NY 00000**

(3) **Owner's Name**:      **MANDEL , LEONID**

   **Additional Name:**    **KRICHEVSKY , MICHAEL**

## Affirmation:

 Your water & sewer bills will be sent to the property address shown above.

## Customer Billing Information:

### Please Note:

**A.**  Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

**B.**  Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**.  DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way  relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

## Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:

Signature: _____Date (mm/dd/yyyy)

Name and Title of Person Signing for Owner, if applicable: _____

ICS-7CRF-ACRIS  REV. 8/08

2019100200159101