UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                                    Case No. 22-71045-ast

Michael Krichevsky,                                             Chapter 11

                              Debtor.
---------------------------------------------------------------X

# ORDER CONFIRMING
# ABSENCE OF THE AUTOMATIC STAY

Upon the Motion (hereinafter "the Motion") of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust (together with any successor or assign, the "Movant") dated May 19, 2022 seeking an Order: (i) pursuant to 11 U.S.C. § 362(j) confirming that the automatic stay imposed by 11 U.S.C. § 362(a) did not take effect upon the filing of the instant petition, a as the property was acquired post-petition; (ii) or seeking an order pursuant to 11 U.S.C § 362(d)(1) and (d)(2); and (iii) granting such other and further relief as this Court deems is just and proper; and

The Application having been heard before this Court on June 9, 2022, and upon the affidavit of service filed with the Court and no opposition to the request having been filed; and in consideration of the foregoing, it is hereby

**ORDERED**, that the automatic stay imposed under 11 U.S.C. §362(a) did not go into effect upon the filing of the Debtor's current bankruptcy petition on June 6, 2019 under case 22-71045-ast as it relates to Movant's interests in the Premises known as 1 East 72nd Street, Brooklyn, NY 11234 aka 1352 East 72nd Street, Brooklyn, NY 11234, and the automatic stay will not go into effect without further order of the Court; and it is further

**ORDERED,** that all other relief sought in the Motion is denied.