UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                                                  Case No. 22-70316-ast

      Michael Krichevsky,                                          Chapter 11

                           Debtor.
---------------------------------------------------------------X


## CERTIFICATION OF SERVICE

I, Michael L. Carey certify that on May 19, 2022, I caused to be served a true copy of the annexed **MOTION TO CONFIRM ABSENCE OF STAY OR IN THE ALTERNATIVE RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) and (d)(2)** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

                                                                            By: /s/ Michael L. Carey, Esq.
                                                                              Michael L. Carey Esq.
                                                                              FRIEDMAN VARTOLO LLP
                                                                              1325 Franklin Avenue, Suite 160
                                                                              Garden City, NY 11530
                                                                              T: (212) 471-5100
                                                                              F: (212) 471-5150

## SERVICE LIST:

Michael Krichevsky
4221 Atlantic Ave
Brooklyn, NY 11224
***Pro Se Debtor***

Yan Klig
1352 East 72nd Street
Brooklyn, NY 11234
***Non-Party Obligor***

Leonid Mandel
1352 East 72nd Street
Brooklyn, NY 11234
***Non-Party Mortgagor***

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437
***U.S. Trustee***