UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

Michael Krichevsky                                    Case No.: 22-71045-AST
                                                      Chapter 11


                        Debtor.
-------------------------------------------------------------X

## ORDER GRANTING RELIF FROM
## THE AUTOMATIC STAY

On June 9, 2022, the Motion (the "Motion") of SN Servicing Corporation, as servicer for

U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust ("Movant")

came before the Court, for relief from the automatic stay with respect to 1 East 72nd Street,

Brooklyn, NY 11234 *aka* 1352 East 72nd Street, Brooklyn, NY 11234 (the "Collateral"). This

Court, having considered the evidence presented and the arguments of the parties, and with good

cause appearing therefor, it is hereby

**ORDERED**, that the automatic stay in effect pursuant to 11 U.S.C. § 362(a) is hereby

terminated pursuant to 11 U.S.C. §362(d)(1) and (d)(2) as to Movant, its agents, assigns or

successors in interest, may take any and all action under applicable state law to exercise its

remedies against the Collateral; and it is further

**ORDERED**, that the U.S. Trustee shall be served with a copy of the referee's

report of sale within **thirty (30) days** of the report [*if applicable*], and shall be noticed with any

surplus monies realized from the sale of the Collateral; and it is further

**ORDERED**, that all other relief sought in the Motion is denied.



Dated: June 14, 2022
     Central Islip, New York

                                               **Alan S. Trust**
                                 **Chief United States Bankruptcy Judge**