# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 7/1/2022 |
| Case: 8−22−71045−ast | Form ID: 226 | Total: 46 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Michael Krichevsky | 4221 Atlantic Ave    Brooklyn, NY 11224 |
| smg | United States of America | Secretary of the Treasury    15th Street & Pennsylvania Ave. NW    Washington, DC 20220 |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12201 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit    PO Box 5300    Albany, NY 12205 |
| smg | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101−7346 |
| smg | NYC Department of Finance | 345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201−3719 |
| smg | United States Trustee | Office of the United States Trustee    Long Island Federal Courthouse    560 Federal Plaza    Central Islip, NY 11722−4437 |
| 10071247 | American Home Mortgage | 520 Broad hollow Rd.    Melville, NY 11747 |
| 10071217 | American Honda Finance Corporation | National Bankruptcy Center    P.O. Box 168088    Irving, TX 75016−8088 |
| 10071226 | BANK OF AMERICA, NATIONAL ASSOCIATION | 60 Livingston Ave    EP−MN−WS3D    Saint Paul, MN 55107 |
| 10071228 | Board of Managers of Condo #2 | 40 Oceans Dr. West    Brooklyn, NY 11235 |
| 10071239 | CITY OF NEW YORK | Peck Slip Station    NEW YORK NY 10272 |
| 10071240 | ConEdoson | JAF STATION    PO BOX 1702    NEW YORK NY 10116 |
| 10071238 | Conev Island Hospital | 2501 Ocean Pkwy    Brooklyn NY 11235 |
| 10071230 | Elena and David Svenson | 2620 Ocean Pkwy. Apt. 3K    Brooklyn NY 11235 |
| 10071236 | GW MECHANICAL CORP | 854 Humboldt Street    Brooklyn NY 11222 |
| 10071227 | IRS | 2 Metrotech Center    Brooklyn, NY 11201 |
| 10071224 | Internal Revenue Service | J F Kennedy Bldg.    15 New Sudbury Street    Stop 20800 Insolvency Unit VIII    Boston, MA 02203 |
| 10071233 | LEON CONSTRUCTION CORP | 260 65 Street, Apt 15A    Brooklyn NY 11220 |
| 10071246 | MK 7 Funding 40IK Trust | 4221 Atlantic Ave    Brooklyn, NY 11224 |
| 10071245 | MK 7 Funding LLC | 4221 Atlantic Ave    Brooklyn, NY 11224 |
| 10071237 | Magellan RX Medicare | PO Box 1433    Maryland Heights MO 63043 |
| 10071229 | NY STATE | Civil Enforcement Division    W A Hanrlman Campus    Albany NY 12205 |
| 10071234 | Nell! Frid | 4221 Atlantic Ave    Brooklyn NY 11224 |
| 10071242 | New York Community Bank | Westbury, NY 11590 |
| 10071221 | New York State Department of Taxation & Finance | Bankruptcy Section    P O Box 5300    Albany New York 12205−0300 |
| 10072282 | New York State Department of Taxation & Finance | Bankruptcy Section    P O Box 5300    Albany New York 12205−0300 |
| 10071222 | New York State Department of Taxation and Finance | 250 Veterans Hwy    Hauppauge, NY 11788    Attn: Josh Russell |
| 10071232 | OHIO SAVINGS BANK | 615 Merrick Avenue    Westbury NY 11590 |
| 10071243 | SMI−FAIRMONT FUNDING, LTD | 3910 KIRBY DRIVE SUITE 300    HOUSTON, TX 77098 |
| 10071282 | SN Servicing Corporation as servicer for | U.S. Bank Trust National Association    c/o Friedman Vartolo, LLP    1325 Franklin Avenue Suite 160    Garden City, NY 11530 |
| 10071235 | Sea Gate Association | 3700 Surf Avenue    Brooklyn NY |
| 10071223 | Select Portfolio Servicing, Inc. as servicer for | c/o Frenkel Lambert et al.    53 Gibson Street    Bay Shore NY 11706 |
| 10071252 | Select Portfolio Servicing, Inc. as servicer for U | c/o Shapiro, DiCaro & Barak, LLC    One Huntington Quadrangle, Suite 3N05    Melville, NY 11747 |
| 10071216 | Select Portfolio Servicing, Inc., as Servicer Agen | c/o The Margolin & Weinreb Law Group, LL    165 Eileen Way − Suite 101    Syosset, NY 11791 |
| 10071215 | The Margolin & Weinreb Law Group, LLP | 165 Eileen Way    Syosset, NY 11791 |
| 10071254 | The Sea Gate Association | 3700 Surf Avenue    Brooklyn NY 11224 |
| 10071218 | U.S. Bank NA, successor trustee to Bank of America | c/o The Margolin & Weinreb Law Group, LL    165 Eileen Way − Suite 101    Syosset, NY 11791 |
| 10071225 | U.S. Bank National Association, as Trustee | 60 Livingston Ave    EP−MN−WS3D    Saint Paul, MN 55107 |
| 10071253 | U.S. Bank, NA, successor trustee | to Bank of America, NA    c/o Shapiro, Dicaro & Barak, LLC    One Huntington Quadrangle, Suite 3N05    Melville, NY 11747 |
| 10071244 | Washington Mutual Bank, FA | No known address |
| 10071255 | Wells Fargo Bank, N.A. | MAC N9286−01Y    P.O. Box 1629    Minneapolis, MN 55440−9790 |
| 10071256 | Wells Fargo Bank, N.A. | MAC N9286−01Y    P.O. Box 1629    Minneapolis, MN 55440−9790 |
| 10071251 | Wells Fargo Bank, N.A. | c/o Reed Smith LLP    599 Lexington Avenue    New York, New York 10022 |
| 10071220 | Wells Fargo Bank, N.A. as servicing agent for U.S. | Default Document Processing    MAC# N9286−01Y    1000 Blue Gentian Road    Eagan, MN 55121−7700 |
| 10071219 | Wells Fargo Bank, N.A. as servicing agent for U.S. | c/o Woods Oviatt Gilman, LLP    500 Bausch & Lomb Place    Rochester, NY 14604 |

TOTAL: 46