# EXHIBIT A

**From:** Gervais, John (USTP) <John.Gervais@usdoj.gov>
**Sent:** Thursday, June 9, 2022 3:29 PM
**To:** tokrichevsky1@yahoo.com
**Cc:** Yang, Stan (USTP) Stan.Y.Yang@usdoj.gov
**Subject:** Michael Krichevsky (078-22-71045) - Outstanding MORs

Good Afternoon Michael,

I took a look at your case and noticed that the last Monthly Operating Report filed with the Court was for May 2021. Just a friendly reminder that a chapter 11 debtor who does not qualify as a "small business debtor" under 11 U.S.C. § 101(51D) or a subchapter V debtor, as defined in 11. U.S.C. § 1182, or trustee, if appointed in the case, must complete a report of the debtor's financial condition and status of operations for each calendar month using UST Form 11-MOR together with any required supporting documentation. Any required supporting documentation must be filed with the court as separate attachments to the MOR.

Are you planning on filing any of the outstanding MORs?

Regards,

John Gervais
Auditor (Bankruptcy)
**Office of the United States Trustee, Region 2**
**United States Department of Justice**
560 Federal Plaza
Central Islip, New York 11722
Main Telephone (631) 715-7800
Email: John.Gervais@usdoj.gov