# EXHIBIT B

# Yang, Stan (USTP)

| | |
|---|---|
| **From:** | Yang, Stan (USTP) |
| **Sent:** | Monday, June 27, 2022 12:41 PM |
| **To:** | tokrichevsky1@yahoo.com |
| **Cc:** | Gervais, John (USTP) |
| **Subject:** | FW: Michael Krichevsky (078-22-71045) - Outstanding MORs |
| **Attachments:** | Michael Krichevsky (078-22-71045) - Account Reconciliation Report (6-24-2022).pdf |

Good afternoon, Mr. Krichevsky,

On June 9, 2022, John Gervais, of the Office of the United States Trustee, sent the attached email to remind you that you must file your monthly operating reports for May, June, July, August, September, October, November and December of 2021 and January, February, March, April, May of 2022. In addition, you also have an outstanding bill for unpaid quarterly fees payments for all quarters of 2021, to the Office of the United States Trustee in the estimated amount of $1,000, a copy of the invoice is attached. Please be advised that if you fail to bring all of your monthly operating reports current (from May 2021 to May 2022) and pay the outstanding quarterly fees in the amount of $1,000 by **July 1, 2022**, the Office of the United States Trustee may file papers in support of dismissal or conversion of your chapter 11 case. Thank you in advance for your cooperation in this matter.

*Stan Y. Yang*, Trial Attorney
**Office of United States Trustee, Region 2**
**United States Department of Justice**
560 Federal Plaza
Central Islip, NY 11722
(d) 631-715-7787
(f) 631-715-7777


**From:** Gervais, John (USTP) <John.Gervais@usdoj.gov>
**Sent:** Thursday, June 9, 2022 3:29 PM
**To:** tokrichevsky1@yahoo.com
**Cc:** Yang, Stan (USTP) Stan.Y.Yang@usdoj.gov
**Subject:** Michael Krichevsky (078-22-71045) - Outstanding MORs

Good Afternoon Michael,

I took a look at your case and noticed that the last Monthly Operating Report filed with the Court was for May 2021. Just a friendly reminder that a chapter 11 debtor who does not qualify as a "small business debtor" under 11 U.S.C. § 101(51D) or a subchapter V debtor, as defined in 11. U.S.C. § 1182, or trustee, if appointed in the case, must complete a report of the debtor's financial condition and status of operations for each calendar month using UST Form 11-MOR together with any required supporting documentation. Any required supporting documentation must be filed with the court as separate attachments to the MOR.

Are you planning on filing any of the outstanding MORs?

Regards,

John Gervais
Auditor (Bankruptcy)
**Office of the United States Trustee, Region 2**
**United States Department of Justice**
560 Federal Plaza
Central Islip, New York 11722
Main Telephone (631) 715-7800
Email: John.Gervais@usdoj.gov



**Chapter 11 Quarterly Fee Information and Collection System (FICS)**
**US Trustees, US Department of Justice**

## Account Reconciliation

Field Office: 02 03 Central Islip, NY

| | | | | |
|---|---|---|---|---|
| **Case #:** 078-22-71045 | **CPC:** | **OCS:** | **Billed($):** | 3,275.00 |
| **Debtor:** KRICHEVSKY, MICHAEL | **CDC:** | **CTO:** | **Fees($):** | 3,275.00 |
| **Opened:** 09-10-19  **Closed:** | **CNV:** | **CBC:** | **Interest($):** | 0.00 |
| | | **TIN:** 05-24-22 | **Payments($):** | -2,275.00 |
| | | | **Principal($):** | -2,275.00 |
| | | | **Interest($):** | 0.00 |
| | | | **Balance($):** | 1,000.00 |

### Quarterly Fees and Disbursements

| Quarter | Disbursements ($) | Fee ($) |
|---|---|---|
| 3-2019 | | 325 Est |
| 4-2019 | | 325 Est |
| 1-2020 | | 325 Est |
| 2-2020 | 1,801 | 325 |
| 3-2020 | 2,824 | 325 |
| 4-2020 | 3,099 | 325 |
| 1-2021 | 3,177 | 325 |
| 2-2021 | | 250 Est |
| 3-2021 | | 250 Est |
| 4-2021 | | 250 Est |
| 1-2022 | | 250 Est |

### Payments

| Batch/Trans ID | Date | Type Code | Payment($) |
|---|---|---|---|
| 26SCKBTT | 06-11-21 | PMTLB | -2,275.00 |

### Interest

To date, there have been no interest assessment transactions posted for this account.

*DRAFT - For Discussion Purposes Only*

**Michael Krichevsky**
**078-22-71045**
**Quarterly Fee Analysis**

| Period | Per FICS Disbursements | Qrtly Disb | Qrtly Fee | | |
|---|---|---|---|---|---|
| Jun-19 | | - | - | Q2 2019 | Filed Ch. 13 on 6/6/2019 |
| Jul-19 | | | | | |
| Aug-19 | | | | | |
| Sep-19 | | - | 325 | Q3 2019 | |
| Oct-19 | | | | | 10/04/2019: Order Converting Case to Chapter 11 |
| Nov-19 | - | | | | |
| Dec-19 | 509 | 509 | 325 | Q4 2019 | |
| Jan-20 | 1,494 | | | | |
| Feb-20 | 959 | | | | |
| Mar-20 | | 2,453 | 325 | Q1 2020 | |
| Apr-20 | 917 | | | | |
| May-20 | 373 | | | | |
| Jun-20 | 511 | 1,801 | 325 | Q2 2020 | |
| Jul-20 | 1,523 | | | | |
| Aug-20 | 1,301 | | | | |
| Sep-20 | - | 2,824 | 325 | Q3 2020 | |
| Oct-20 | 890 | | | | |
| Nov-20 | 890 | | | | |
| Dec-20 | 1,319 | 3,099 | 325 | Q4 2020 | |
| Jan-21 | 1,208 | | | | |
| Feb-21 | 1,144 | | | | |
| Mar-21 | 825 | 3,177 | 325 | Q1 2021 | |
| Apr-21 | 917 | | | | |
| May-21 | 754 | | | | |
| Jun-21 | | 1,671 | 250 | Q2 2021 | |
| Jul-21 | | | | | |
| Aug-21 | | | | | |
| Sep-21 | | - | 250 | Q3 2021 | |
| Oct-21 | | | | | |
| Nov-21 | | | | | |
| Dec-21 | | - | 250 | Q4 2021 | |
| Jan-22 | | | | | |
| Feb-22 | | | | | |
| Mar-22 | | - | 250 | Q1 2022 | |
| Apr-22 | | | | | |
| May-22 | | | | | |
| Jun-22 | | - | 250 | Q2 2022 | Estimated |
| | 15,534 | 15,534 | 3,525.00 | | |

- Interest

(2,275.00) Payments

$ 1,250.00 Amount Due

| Interest | Payments | |
|---|---|---|
| | (2,275.00) | 6/11/2021 |
| - | (2,275.00) | |