UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                              Chapter 11

    MICHAEL KRICHEVSKY,                    Case no: 822-71045-ast


                       Debtor.
---------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I, Joann Lomangino, am employed by the Office of the United States Trustee for the Eastern District of New York, and hereby certify that on June 30, 2022, I served a true copy of **The United States Trustee's Motion For An Order Dismissing This Chapter 11 Case, Or In The Alternative, Converting This Chapter 11 Case To A Case Under Chapter 7 Of The Bankruptcy Code** and such other and further relief as may be deemed just and proper**,** to be served by regular first class mail to the persons and entities whose names and addresses as they appear on the annexed service list.



Dated:  Central Islip, New York
         June 30, 2022

                                                   ***/s/ Joann Lomangino***
                                                   Joann Lomangino

**Service List:**

Michael Krichevsky
4221 Atlantic Ave
Brooklyn, NY 11224

New York State Department of Taxation and Finance
250 Veterans Hwy
Hauppauge, NY 11788
Attn: Josh Russell

Select Portfolio Servicing, Inc. as servicer for
c/o Frenkel Lambert et al.
53 Gibson Street
Bay Shore NY 11706

Select Portfolio Servicing, Inc. as servicer for U
c/o Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747

Select Portfolio Servicing, Inc., as Servicer Agen
c/o The Margolin & Weinreb Law Group, LL
165 Eileen Way - Suite 101
Syosset, NY 11791

SN Servicing Corporation as servicer for
U.S. Bank Trust National Association
c/o Friedman Vartolo, LLP
1325 Franklin Avenue Suite 160
Garden City, NY 11530

U.S. Bank, NA, successor trustee
to Bank of America, NA
c/o Shapiro, Dicaro & Barak, LLC
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747

Wells Fargo Bank, N.A.
c/o Reed Smith LLP
599 Lexington Avenue
New York, New York 10022

Wells Fargo Bank, N.A. as servicing agent for U.S.
c/o Woods Oviatt Gilman, LLP
500 Bausch & Lomb Place
Rochester, NY 14604

American Home Mortgage
520 Broad hollow Rd.
Melville, NY 11747

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

BANK OF AMERICA, NATIONAL ASSOCIATION
60 Livingston Ave
EP-MN-WS3D
Saint Paul, MN 55107

Board of Managers of Condo #2
40 Oceans Dr. West
Brooklyn, NY 11235

CITY OF NEW YORK
Peck Slip Station
NEW YORK NY 10272

ConEdison
JAF STATION
PO BOX 1702
NEW YORK NY 1011

Conev Island Hospital
2501 Ocean Pkwy
Brooklyn NY 11235

Elena and David Svenson
2620 Ocean Pkwy. Apt. 3K
Brooklyn NY 11235

GW MECHANICAL CORP
854 Humboldt Street
Brooklyn NY 11222

Internal Revenue Service
J F Kennedy Bldg.

15 New Sudbury Street
Stop 20800 Insolvency Unit VIII
Boston, MA 02203

IRS
2 Metrotech Center
Brooklyn, NY 11201

LEON CONSTRUCTION CORP
260 65 Street, Apt 15A
Brooklyn NY 11220

Magellan RX Medicare
PO Box 1433
Maryland Heights MO 63043

MK 7 Funding 40IK Trust
4221 Atlantic Ave
Brooklyn, NY 11224

MK 7 Funding LLC
4221 Atlantic Ave
Brooklyn, NY 11224

Nell! Frid
4221 Atlantic Ave
Brooklyn NY 11224

New York Community Bank
Westbury, NY 11590

New York State Department of Taxation & Finance
Bankruptcy Section
P O Box 5300
Albany New York 12205-0300

New York State Department of Taxation & Finance
Bankruptcy Section
P O Box 5300
Albany New York 12205-0300

New York State Department of Taxation & Finance
Bankruptcy Section
P O Box 5300
Albany New York 12205-0300

NY STATE
Civil Enforcement Division
W A Hanrlman Campus
Albany NY 12205

OHIO SAVINGS BANK
615 Merrick Avenue
Westbury NY 11590

Sea Gate Association
3700 Surf Avenue
Brooklyn NY

Select Portfolio Servicing, Inc. as servicer for
c/o Frenkel Lambert et al.
53 Gibson Street
Bay Shore NY 11706

Select Portfolio Servicing, Inc. as servicer for U
c/o Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747

Select Portfolio Servicing, Inc., as Servicer Agen
c/o The Margolin & Weinreb Law Group, LL
165 Eileen Way - Suite 101
Syosset, NY 11791

SMI-FAIRMONT FUNDING, LTD
3910 KIRBY DRIVE SUITE 300
HOUSTON, TX 77098

SN Servicing Corporation as servicer for
U.S. Bank Trust National Association
c/o Friedman Vartolo, LLP
1325 Franklin Avenue Suite 160
Garden City, NY 11530


The Margolin & Weinreb Law Group, LLP
165 Eileen Way
Syosset, NY 11791

The Sea Gate Association
3700 Surf Avenue
Brooklyn NY 11224

U.S. Bank NA, successor trustee to Bank of America
c/o The Margolin & Weinreb Law Group, LL
165 Eileen Way - Suite 101
Syosset, NY 11791

U.S. Bank National Association, as Trustee
60 Livingston Ave
EP-MN-WS3D
Saint Paul, MN 55107

U.S. Bank, NA, successor trustee
to Bank of America, NA
c/o Shapiro, Dicaro & Barak, LLC
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747

Washington Mutual Bank, FA
No known address

Wells Fargo Bank, N.A.
MAC N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-9790

Wells Fargo Bank, N.A.
MAC N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-9790

Wells Fargo Bank, N.A. as servicing agent for U.S.
Default Document Processing
MAC# N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700


Wells Fargo Bank, N.A.
c/o Reed Smith LLP
599 Lexington Avenue
New York, New York 1002

Wells Fargo Bank, N.A. as servicing agent for U.S.
c/o Woods Oviatt Gilman, LLP
500 Bausch & Lomb Place
Rochester, NY 14604