

**U.S. Department of Justice**

Office of the United States Trustee
*Eastern District of New York  (Central Islip Division)*

---

*Long Island Federal Courthouse*
*560 Federal Plaza*
*Central Islip, New York 11722-4456*
Telephone:   (631) 715-7800
Fax:    (631) 715-7777

July 20, 2022

Michael Krichevsky
4221 Atlantic Avenue
Brooklyn, New York 11224

       Re: In re Michael Krichevsky,
          Case No: 822-71045-ast

Dear Mr. Krichevsky:

  On June 30, 2022, the Office of the United States Trustee filed a motion under 11 U.S.C. sec. 1112(b) ("Motion"), seeking an order converting or dismissing the above referenced debtor's chapter 11 case.  The hearing of the Motion was originally scheduled for July 28, 2022, at 10:00 am.

  Please advised that in light of the Order dated June 30, 2022 **(Dkt. #293)**, all matters, including but not limited to, the Motion, will be heard before the Honorable Alan S. Trust, Chief Bankruptcy Judge, at **1:00 pm on July 28, 2022**, in Courtroom 960, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722.

  Thank you for your attention in this matter.

            Very truly yours,

            ***/S/ Stan Y. Yang***
            Stan Y. Yang
            Trial Attorney

cc: All creditors by either email or first-class mail