| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Michael Krichevsky<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–7181<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: Eastern District of New York | Date case filed in chapter: 13 | 6/6/19 |
| Case number: 8–22–71045–ast | Date case converted to chapter: 11 | 10/4/19 |

# NOTICE OF APPEAL DEFICIENCY NOTICE

**To:** Michael Krichevsky

The Notice of Appeal filed by you on **July 27, 2022**, was deficient in the following respect(s):

☑        Civil Cover Sheet Not Submitted.

☑        Other: **$298.00 Filing Fee**

Dated: July 28, 2022

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLappealdef1.jsp** [Notice of Appeal Deficiency Notice rev. 02/24/2020]