# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 7/28/2022 |
| Case: 8−22−71045−ast | Form ID: 769 | Total: 27 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          New York State Department of Taxation and Finance
cr          Wells Fargo Bank, N.A., as Servicing Agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F (U.S. Bank), incorre
aty         Woods Oviatt Gilman LLP
intp        Bank Defendants
wit         Elpiniki M. Bechakas

                                                                                                TOTAL: 5

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee          USTPRegion02.LI.ECF@usdoj.gov
UST TrAt    Stan Y Yang          stan.y.yang@usdoj.gov
aty         Alan Smikun          alansm@nyfclaw.com
aty         Aleksandra Krasimirova Fugate          bkinbox@woodsdefaultservices.com
aty         Anthony J. Proscia          aproscia@kdvlaw.com
aty         Brittany J Maxon          bkinbox@woodsdefaultservices.com
aty         Elizabeth L Doyaga          edoyaga@flwlaw.com
aty         James N. Faller          james.faller@reedsmith.com
aty         Josh Russell          josh.russell@tax.ny.gov
aty         Michael Lawrence Carey          mcarey@friedmanvartolo.com
aty         Michelle C Marans          MMarans@flwlaw.com
aty         Natalie A Grigg          bkinbox@woodsdefaultservices.com
aty         Natsayi Mawere          nmawere@reedsmith.com
aty         Robert W. Griswold          rgriswold@logs.com
aty         Shari S Barak          sbarak@logs.com

                                                                                                TOTAL: 15

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Michael Krichevsky          4221 Atlantic Ave          Brooklyn, NY 11224
cr          Select Portfolio Servicing, Inc., as Servicer Agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage          c/o The Margolin & Weinreb Law Group LLP          165 Eileen Way − Suite 101          Syosset, NY 11791
cr          Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F          Woods Oviatt Gilman, LLP          500 Bausch & Lomb Place          Rochester, NY 14604
cr          Select Portfolio Servicing, Inc. as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass−T          c/o Frenkel Lambert et al.          53 Gibson Street          Bay Shore, NY 11706
cr          Select Portfolio Servicing, Inc. as Servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass−Th          Shapiro, DiCaro, and Barak LLC          One Huntington Quadrangle          Suite 3N05          Melville, NY 11747
cr          WELLS FARGO BANK, N.A.          MAC N9286−01Y          P.O. Box 1629          Minneapolis, MN 55440−9790
cr          SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust          c/o Friedman Vartolo LLP          1325 Franklin Avenue          Suite 160          Garden City, NY 11530

                                                                                                TOTAL: 7