UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:
Michael Krichevsky                                    Case No. 22-71045-AST
                                                      Chapter 11


                                    Debtor.
---------------------------------------------------------X

## ORDER QUASHING DEBTOR'S SUBPOENA

Upon the affirmation dated July 27, 2022 (the "Application") [Dkt. 318], of Woods Oviatt Gilman LLP, attorneys for the named defendants in Adv. Pro. No.: 22-08036-AST: Woods Oviatt Gilman, LLP, Donald W. O'Brien, Jr., Natalie A. Grigg, Aleksandra K. Fugate, Brittany Maxon, David Bruce Wildermuth, Brettanie L. Hart Saxton, Victoria E. Munian, Michael Thomas Jablonski, and Miranda L. Sharlette *aka* Miranda Jakubec ("Woods Defendants"), for an order pursuant to Federal Rule of Civil Procedure 45(d)(3) to quash the Subpoena filed against David Wildermuth [Dkt. Item 311]. This Court, having considered the evidence presented and the arguments of the parties and with good cause appearing therefor; it is hereby

**ORDERED**, that Application seeking to quash the Subpoena filed against David Wildermuth is granted in its entirety; and it is further

**ORDERED**, that the Subpoena filed against David Wildermuth is quashed; and it is further

**ORDERED**, that Woods Oviatt Gilman LLP, as attorneys for Defendants Woods Oviatt Gilman, LLP, Donald W. O'Brien, Jr., Natalie A. Grigg, Aleksandra K. Fugate, Brittany Maxon, David Bruce Wildermuth, Brettanie L. Hart Saxton, Victoria E. Munian, Michael Thomas Jablonski, and Miranda L. Sharlette a/k/a Miranda Jakubec ("Woods Defendants") has **until August 11, 2022,** to file supplemental papers with respect to its request to Quash the Subpoena; and it is further

**ORDERED**, that the parties shall appear at an additional contempt and sanctions hearing scheduled for **August 30, 2022, at 10:00 a.m.**



Dated: August 8, 2022  
      Central Islip, New York

Alan S. Trust  
Chief United States Bankruptcy Judge