| Information to identify the case: | | | | | |
|---|---|---|---|---|---|
| Debtor 1: | Michael Krichevsky | | Social Security number or ITIN: | xxx–xx–7181 | |
| | First Name  Middle Name  Last Name | | EIN: _ _–_ _ _ _ _ _ _ | | |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN: _ _ _ _ EIN: _ _–_ _ _ _ _ _ _ | | |
| United States Bankruptcy Court: | Eastern District of New York | | Date case filed in chapter: | 13 | 6/6/19 |
| Case number: | 8–22–71045–ast | | Date case converted to chapter: | 11 | 10/4/19 |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) having filed a Chapter 11 petition in bankruptcy on June 6, 2019, and an order having been signed by the Honorable Alan S. Trust, United States Bankruptcy Judge, on August 8, 2022 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: August 8, 2022

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]